# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Radio & TV Equipment, Inc., | Case No: _____ |
| Plaintiff, | |
| v. | |
| Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation, | **CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |
| Defendants. | |

1.    Plaintiff Radio & TV Equipment, Inc., on behalf of itself and all others similarly-situated, for its Complaint against all Defendants named herein, demands trial by jury of all claims properly triable thereby, and complains and alleges as follows.

8931

## NATURE OF THE CASE

2.     This case arises out of a conspiracy extending from at least 1998 through the present ("the Class Period"), among Defendants and their co-conspirators, with the purpose and effect of fixing, raising, and maintaining prices for televisions and computer monitors containing cathode-ray tubes ("CRT Products") sold directly to Plaintiffs and other direct purchasers throughout the United States.

3.     Defendants and their co-conspirators have formed an international cartel to illegally restrict competition in the market for CRT Products, targeting and severely burdening consumers throughout the United States. During the Class Period, the conspiracy has affected billions of dollars of commerce for products commonly found in households and businesses throughout the United States. The conspiracy has included communications and meetings in which Defendants agreed to eliminate competition and fix the prices for CRT Products.

4.     Plaintiff brings this class action for price-fixing and other anticompetitive conduct, as alleged in this Complaint, in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1, and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26, on behalf of all persons who purchased CRT Products directly from Defendants or their Co-Conspirators, predecessors, agents, subsidiaries or affiliates in the United States from 1998 through the present.

5.     During the relevant period, Defendants and their Co-Conspirators manufactured, produced or sold CRT Products, and entered into and implemented a continuing combination and conspiracy to allocate the CRT Product market and fix, raise,

maintain or stabilize prices for CRT Products sold in the United States. Defendants' anticompetitive conduct caused CRT Product prices to Plaintiff and other members of the Class to be higher than they otherwise would have been in the absence of the alleged misconduct, and Plaintiff and the other members of the Class have suffered antitrust injury to their business or property as a result.

## JURISDICTION AND VENUE

6.     Plaintiff brings this action pursuant to Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26, to recover treble damages and the costs of this suit, including reasonable attorneys' fees, for injuries sustained by Plaintiff and the Class members as a result of Defendants' violation of Section 1 of the Sherman Act, 15 U.S.C. § 1.

7.     Jurisdiction exists pursuant to 28 U.S.C. §§ 1331 and 1337, and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15(a) and 26.

8.     Venue exists in this Judicial District pursuant to 15 U.S.C. §§ 15(a) and 22 and 28 U.S.C. § 1391(b), (c) and (d) because during the Class Period, one or more Defendants resided, transacted business, were found, or had agents in this District, and because a substantial part of the events giving rise to Plaintiff's claims occurred, and a substantial portion of the affected interstate trade and commerce described below has been carried out, in this District.

**PARTIES**

**Plaintiff**

9.      Plaintiff Radio & TV Equipment, Inc., is a family-owned business, headquartered in Fargo, North Dakota.  During the Class Period, Radio & TV Equipment, Inc., purchased CRT Products directly from some of the Defendants.

**Defendants**

***Chunghwa Defendants***

10.     Defendant Chunghwa Picture Tubes, Ltd. is a Taiwanese corporation with its headquarters at 1127 Heping Road, Bade City, Taoyuan, Taiwan, R.O.C.  Chungwa Picture Tubes Ltd. is a partially owned subsidiary of Tatung Company, a Taiwanese corporation with its headquarters at 22 Chungshan N Rd. Section 3, Taipei, Taiwan, R.O.C.  During the time period covered by this Complaint, Chunghwa Picture Tubes Ltd. manufactured, sold and distributed CRT Products throughout the United States.

11.     Defendant Tatung Company of America, Inc. is a California corporation with its principal place of business at 2850 El Presidio Street, Long Beach, CA.  Tatung Company of America, Inc. is a wholly-owned subsidiary of Tatung Company.  During the time period covered by this Complaint, Tatung Company of America, Inc. manufactured, sold and distributed CRT Products throughout the United States.

***Hitachi Defendants***

12.     Defendant Hitachi, Ltd. is a Japanese company with its principal executive office at 6-6 Marunouchi 1-chome, Chiyoda-ku, Tokyo, 100-8280, Japan.  Hitachi, Ltd. is the parent company for the Hitachi brand of CRT Products.  In 1996, Hitachi Ltd.'s

worldwide market share for color CRTs was 20 percent. During the Class Period, Hitachi, Ltd. manufactured, sold and distributed CRT Products through the United States.

13.    Defendant Hitachi America, Ltd. ("Hitachi America") is a New York company with its principal place of business at 2000 Sierra Point Parkway, Birsbane California. Hitachi America is a wholly-owned and controlled subsidiary of defendant Hitachi, Ltd. During the Class Period, Hitachi America sold and distributed CRT Products manufactured by Hitachi, Ltd.

14.    Defendant Hitachi Asia, Ltd. ("Hitachi Asia") is a Singaporean company with its principal place of business at 16 Collyer Quay, #20-00 Hitachi Tower, Singapore 049318. Hitachi Asia is a wholly-owned and controlled subsidiary of defendant Hitachi, Ltd. During the Class Period, Hitachi Asia manufactured, sold, and distributed CRT Products throughout the United States.

### *LG Defendants*

15.    Defendant LG Electronics, Inc. (LGE) is incorporated in South Korea with its principal place of business at LG Twin Towers, 20 Yoido-dong, Youngdungpo-gu, Seoul, Korea. During the time period covered by this Complaint, LGE manufactured, sold and distributed CRT Products throughout the United States.

16.    Defendant LG Electronics U.S.A, Inc. (LG USA) is a wholly owned subsidiary of LGE with its principal place of business at 1000 Sylvan Avenue, Englewood Cliffs, New Jersey. During the time period covered by this Complaint, LG USA sold and distributed CRT Products throughout the United States.

17.     Defendant LG Philips Display USA, Inc. ("LGPD"), is a manufacturer of CRT Products and is a subsidiary of Philips Electronics NA.  Defendant LG Philips Display USA, Inc. has its global headquarters at 300 W Morgan Road, Ann Arbor, Michigan 48108-9108, United States.  During the Class Period, LGPD manufactured, sold and distributed CRT Products to customers throughout the United States.

18.     LP Displays International, Ltd. (LP Displays) is a subsidiary of LGE and is headquartered at 6th Floor, ING Tower, Hong Kong.  LP Displays manufactures and sell CRT Products throughout the United States.  Until late 2006, LP Displays was known as LG Philips Displays.

### *Matsushita Defendants*

19.     Defendant Matsushita Electric Industrial Co., Ltd. is a Japanese corporation with its principal place of business at 1006 Kadoma, Kadoma City, Osaka 571-8501 Japan.  During the time period covered by this Complaint, Matsushita Electrical Industrial Co., Ltd. manufactured, sold and distributed CRT Products throughout the United States.  Matsushita Electrical Industrial Co. Ltd. is best known in the United States for its "Panasonic" brand electronics.

20.     Defendant Panasonic Corporation of America (Panasonic) is a wholly owned subsidiary of Matsushita Electric Industrial Co., Ltd. and is incorporated in Delaware with its principal place of business at 1 Panasonic Way, Secaucus, New Jersey 07094.  During the time period covered by this Complaint, Panasonic manufactured, sold and distributed CRT Products throughout the United States.

## *Philips Defendants*

21.    Defendant Koninklijke Philips Electronics N.V. ("Koninklijke") has its global headquarters at Breitner Center Amstelplein 2, Amsterdam 1096 BC, Netherlands. During the Class Period, Koninklijke manufactured, sold and distributed CRT Products to customers throughout the United States.

22.    Defendant Philips Electronics North America Corporation ("Philips Electronics NA") is a Delaware corporation with its principal place of business at 1251 Avenue of the Americas, New York, New York.  During the Class Period, Philips Electronics NA manufactured, sold and distributed CRT Products to customers throughout the United States.

## *Samsung Defendants*

23.    Defendant Samsung Electronics Co., Ltd. (SEC) is a South Korean corporation with its principal place of business at Samsung Main Building, 250-2 ga, Taepyung-ro Chung-gu, Seoul. During the time period covered by this Complaint, SEC manufactured, sold and distributed CRT Products throughout the United States.  SEC bills itself as the world's largest producer of CRT Products in the world.

24.    Defendant Samsung SDI Co., Ltd. (Samsung SDI) is a Korean corporation with its principal place of business at Samsung Life Insurance Building, 150 Taepyungro 2-ga, Jung-gu, Seoul. Samsung SDI is subsidiary of the Samsung Group. During the time period covered by this Complaint, Samsung SDI manufactured, sold and distributed CRT Products throughout the United States.

25.    Defendant Samsung Electronics America, Inc. (SEA) is a corporation with its principal place of business at 105 Challenger Road, Ridgefield Park, New Jersey. During the time period covered by this Complaint, SEA marketed and sold CRT Products throughout the United States.

### Thomson Defendants

26.    Defendant TCL International Holdings Ltd. (TCL) is headquartered at 13th Floor, TCL Tower, 8 Tai Chung Road, Tsuen Wan, Hong Kong. During the time period covered by this Complaint, TCL manufactured, sold and distributed CRT Products throughout the United States.

27.    Defendant Thomson S.A. (Thomson) is a French company, with its headquarters at 46, quai Alphonse Le Gallo, Boulogne, France 92100. During the time period covered by this Complaint, Thomson manufactured, sold and distributed CRT Products throughout the United States.

28.    Defendant TCL Thomson Electronics Corporation (TTE) is a joint venture formed in 2004 by TCL and Thomson. TTE Corporation is headquartered at TCL Building, South Nanhai Road, Nanshan District, Shenzhen, Guangdong, China. During the time period covered by this Complaint, TTE manufactured, sold and distributed CRT Products throughout the United States. TTE is best known in the United States for its "RCA" brand electronics.

### Toshiba Defendants

29.    Defendant Toshiba Corporation is a Japanese corporation with its principal place of business at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan. During

8931                                              8

the time period covered by this Complaint, Toshiba Corporation manufactured, sold and distributed CRT Products throughout the United States.

30. Defendant Toshiba America Consumer Products, LLC, a subsidiary of Toshiba Corporation, is headquartered at 82 Totowa Road, Wayne, New Jersey, 07470. During the time period covered by this Complaint, Toshiba America Consumer Products, LLC manufactured, sold and distributed CRT Products throughout the United States

31. Defendant Matsushita Toshiba Picture Display Co. (MTPDC) is a joint venture of Matsushita and Toshiba, headquartered at Reverge Shinagawa, 4-1-8 Konan, Minato-ku, Tokyo, Japan. MTPDC manufactures cathode-ray tube panels for Matsushita and Toshiba, as well as other manufacturers of CRT Products. The subsidiaries were incorporated in Maryland and with their principal place of Business located at 300 East Lombard Street, Baltimore, MD 21202. During the Class Period MT Picture Display Corporation of America (New York) and MT Picture Display Corporation America (Ohio) sold and distributed CRT Products to customers throughout the United States. Until March 31, 2006, MTPDC operated an Ohio-based U.S. subsidiary, MT Picture Display Corporation of America, that manufactured cathode-ray tube TVs.

## CO-CONSPIRATORS

32. Various individuals, partnerships, corporations and associations not named as Defendants in this Complaint (the "Co-Conspirators") have participated as Co-Conspirators in the violations of the federal antitrust laws alleged in this Complaint, and have performed acts and made statements in furtherance thereof.

## TRADE AND COMMERCE

33.     The trade and commerce relevant to this action are the purchase and sale of CRT Products in the United States.

34.     During the Class Period, Plaintiff and members of the Class throughout the United States purchased CRT Products directly from Defendants or their Co-Conspirators.

35.     Defendants and their Co-Conspirators are located in various states throughout the United States.

36.     During the Class Period, Defendants sold substantial amounts of CRT Products to Plaintiff and members of the Class across state lines in a continuous and uninterrupted flow of interstate commerce.  Defendants and their Co-Conspirators received millions of dollars from such interstate trade and commerce.

37.     The activities of Defendants and their Co-Conspirators that are the subject of this Complaint were within the flow of, and substantially affected, interstate trade and commerce.

38.     Among other unreasonable restraints on interstate trade and commerce, Defendants' combination and conspiracy artificially raised the price of CRT Products, and deprived Plaintiff and other members of the Class of the benefits of free and open interstate competition in the market for CRT Products.

39.     Cathode-ray tube technology has been around for nearly 75 years.  To create an image with a cathode ray tube, a filament at the back narrow end of a vacuum tube is heated, which causes electrons to be emitted. A positively charged anode pulls the

electrons through the thin tube. Wire coils along the tube create electromagnetic fields; by varying the charge along the field, electrons are steered out of the narrow part of the tube and then to the screen, where they excite phosphors to create the image.

40.     The new slim-tube TVs introduced in 2004 and 2005 use a modified version of tube technology to reduce depth. To make the tubes shallower, new technologies were needed to increase the maximum deflection angle of the electrons from the standard 110 degrees to 125 degrees, allowing them to reach the farthest corners of the screen.

41.     Many people in the television industry acknowledge that the standard-definition image quality produced by a picture tube remains superior to the newer flat panels. Unlike LCD televisions, tube sets do not suffer from image lag, the smearing of rapidly moving images on the screen. Nor are they prone to image burn-in, as has plagued some plasma screens.

42.     At the beginning of the Class Period, cathode-ray tubes were the dominant display technology worldwide. For example, in 1997, 99.3% of all computer monitors sold worldwide contained cathode-ray tubes. In 2005, approximately 47 million cathode-ray tube monitors were sold worldwide, and approximately 20.3% of these were sold in the United States.

43.     For the period 1998-2002, over 25 million cathode-ray tube TVs were sold each year in the United States, generating revenues of over $7 billion per year. By 2007, annual unit sales had decreased to 15 million. Over the class period, cathode-ray tube TV revenues were over $50 billion in the United States.

8931

44.     Defendants, however, began to develop new, slimmer versions of the technology, as well as high-definition displays, which successfully compete with newer, more expensive flat panel technology, LCD and plasma.

45.     Despite the recent shift to competing technologies, the CRT Products market remains enormous. In 2006, the retail value of the United States cathode-ray tube TV market alone still stood at approximately $3.62 billion – with cathode-ray tube TVs still accounting for nearly 15% of all TVs sold.

46.     During the Class Period, while demand for CRT Products continued to fall in the United States, Defendants' conspiracy was effective in moderating the normal downward pressures on prices for CRT Products caused by the entry of the new generation of competing technologies. Indeed, during the Class Period, there were not only periods of unnatural and sustained price stability, but were also inexplicable increases in the prices of cathode-ray tubes, despite declining demand due to approaching obsolescence of cathode-ray tubes caused by the emergence of a new, superior, substitutable technology.

47.     These periods of price stability and price increases for cathode-ray tubes are fundamentally inconsistent with a competitive market for a product where demand is rapidly decreasing because of the introduction of new superior technologies.

48.     In 2004, cathode-ray tube TVs still accounted for 75 percent of televisions sold in the United States.

49.     The market for the manufacture and sale of CRT Products is conducive to the type of collusive activity alleged herein. Throughout the class period, Defendants

collectively controlled a massive share of the market for CRT Products, both globally and in the United States. Specifically, the world's five largest CRT Product manufacturers control 86% of the CRT Product market. Samsung SDI and LP Displays maintain the top two positions in the global cathode-ray tube TV market, accounting for 42% of all sales in 2000, 43% of all sales in 2001, over 50% of all sales in 2002, 55% of all sales in 2003 and 57% of all sales in 2004, with their combined market share having been anticipated to surpass 60% of all sales in 2005.

50. In 2006, Samsung SDI carved out 29% of the global cathode-ray tube TV market, followed by LP Displays at 28%, Chunghwa Picture Tubes Ltd. at 12%, Thompson at 9% and Matsushita at 8%.

51. Samsung SDI and LP Displays have recently agreed to strengthen their cooperation from the development stage through unification of several standards and share of components, especially in the slim cathode-ray TV business unit, and are currently promoting this unprecedented partnership. An industry insider has opined that these two CRT Product manufacturers are "likely to expand their 'pie' further as TV vendors who fail to adapt to the changing cathode-ray tube TV business will accelerate their restructuring."

52. In 2005, Samsung SDI and LP Displays entered into an agreement to share parts with respect to CRT Products in an effort to boost their combined market share.

53. In 2002, Matsushita and TCL formed a "collaborative relationship" in the consumer electronics business. The stated purpose of the collaboration to "achiev[e] mutually beneficial effects" by supply of cathode-ray tubes to TCL from Matsushita,

sales of Matsushita's products through TCL's sales channels in China, collaboration in the supply of products, including televisions, through OEM (original equipment manufacturing )and ODM (original design manufacturing) and collaboration on research and development.

54.     Furthermore, according to a June 10, 2004 media account, Samsung SDI, LP Displays and Chunghwa Picture Tubes were said to have planned a 6-8% price hike for cathode-ray tube monitors in 2Q 2004.  The media, on April 22, 2004, also reported other concerted price increases by Samsung SDI, LP Displays, and Chunghwa Picture Tubes.

55.     The oligopolistic structure of the CRT Product market contributes to a scheme under which the five major producers are effectively able to dictate capacity, and thus pricing.  The high barriers to entry into the Product market precludes as a practical matter the entry of any other market participants.

56.     Additional pricing control in the CRT Products market results from the vertically-integrated nature of the CRT Products industry.  Vendors of CRT Products produce cathode-ray tubes primarily for utilization in products carrying their own branded CRT Products.

57.     On November 13, 2007, Chunghwa Picture Tubes announced that the company has received a summons from the United States Department of Justice (DOJ) over a cathode-ray tube price-fixing issue, according to a company filing with the Taiwan Stock Exchange (TSE).

58.     Competition authorities in other nations have also engaged in coordinated actions, including raids, targeting the unlawful CRT Products conspiracy alleged herein.

59.     On November 9, 2007, Bloomberg.com reported that Japanese and European antitrust authorities carried out raids at Matsushita Electrical Industrial Co. and Toshiba Corp.  MarketWatch.com, also on November 9, 2007, reported that European and South Korean antitrust authorities had searched the offices of Samsung SDI.

60.     On November 21, 2007, Bloomberg.com reported that antitrust authorities for several jurisdictions were investigating Philips for price-fixing in the cathode-ray tube market.

## CLASS ACTION ALLEGATIONS

61.     Plaintiff brings this action as a class action under Fed. R. Civ. P. 23(a), (b)(2) and (b)(3) on behalf of itself and all members of the following Class:

> All persons (excluding Defendants, their parents, predecessors, subsidiaries, affiliates, and Co-Conspirators, and government entities) who purchased CRT Products directly from any of the Defendants, their affiliates or their Co-Conspirators in the United States from January 1, 1998 to the present.

62.     Plaintiff does not know the exact number of Class members.  Such information presently is in the exclusive control of Defendants and their Co-Conspirators. Given the trade and commerce involved, Plaintiff believes Class members number at least in the hundreds or thousands and are sufficiently numerous and geographically dispersed throughout the United States so that joinder of all Class members is impracticable.

8931

63.     Plaintiff's claims are typical of the claims of the members of the Class, because Plaintiff and all Class members were damaged by the same wrongful conduct of Defendants and their Co-Conspirators as alleged in this Complaint.

64.     Plaintiff will fairly and adequately protect the interests of the Class. The interests of Plaintiff coincide with, and are not antagonistic to, those of the Class. In addition, Plaintiff is represented by counsel who are experienced and competent in the prosecution of complex class action and antitrust litigation.

65.     There are questions or law or fact common to the Class, including:

    a.     Whether Defendants and their Co-Conspirators engaged in a combination or conspiracy to raise, fix or maintain prices of CRT Products sold in the United States and worldwide;

    b.     Whether Defendants and their Co-Conspirators engaged in a combination or conspiracy to allocate among themselves the markets and customers of CRT Products in the United States and worldwide;

    c.     The duration and extent of the combination or conspiracy alleged in this Complaint, and the identity of the participants in the conspiracy;

    d.     Whether each of the Defendants participated in the combination or conspiracy alleged in this Complaint;

    e.     Whether the alleged combination or conspiracy had an impact on Plaintiff and other Class members;

    f.     Whether Plaintiff and other members of the Class are entitled to declaratory or injunctive relief; and

    g.     The appropriate measure of damages by which the conduct of Defendants and their Co-Conspirators injured all members of the Class.

These and other questions of law and fact common to members of the Class predominate over any questions that may affect only individual members.

8931

66.    Class treatment is superior to any alternatives for the fair and efficient adjudication of the controversy alleged in this Complaint.  Class treatment will permit a large number of similarly situated persons to prosecute common claims in a single forum simultaneously, efficiently, and without the duplication of effort and expense that numerous individual actions would engender.  There are no difficulties likely to be encountered in the management of this Class action that would preclude its maintenance as a Class action, and no superior alternative exists for the fair and efficient adjudication of this controversy.

67.    Moreover, Defendants have acted on grounds generally applicable to the Class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the Class as a whole.

68.    Important characteristics of the CRT Product market facilitate anticompetitive collusion among Defendants and their Co-Conspirators and promote the successful effects of that collusion, which is the inflation of price above competitive levels. Those characteristics include the following facts:

a.    CRT Products are an undifferentiated commodity product;

b.    The market for CRT Products is highly concentrated, with Defendants controlling nearly all CRT Product sales;

c.    There are high barriers to entry to this market due to the capital-intensive nature of the business and the complex processes involved in the manufacture of CRT Products; and

8931

17

d.    Because of their high collective market shares, Defendants collectively are

able to exercise market power, including the ability to raise prices and erect

barriers to entry to the market.

## VIOLATIONS ALLEGED

69.    Beginning at least as early as January 1, 1998 and continuing thereafter to

the present, Defendants and their Co-Conspirators engaged in a continuing combination

and conspiracy with respect to the sale of CRT Products in unreasonable restraint of

interstate trade and commerce, in violation of Section 1 of the Sherman Act, 15 U.S.C. §

1 and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26.

70.    The combination and conspiracy alleged in this Complaint consisted of a

continuing agreement, understanding and concert of action by Defendants and their Co-

Conspirators, the substantial terms of which were to raise, fix or maintain at artificially

high and non-competitive levels the prices at which they sold CRT Products in the United

States and worldwide.  Defendants and their Co-Conspirators also agreed to allocate

among themselves the volume of sales of CRT Products, and allocate the market and

customers of CRT Products in the United States and worldwide.

71.    For the purpose of forming and effectuating their combination and

conspiracy, Defendants and their Co-Conspirators have done those things that they

combined and conspired to do, including, among other things:

a.    Met and otherwise communicated to discuss the prices and volume
of CRT Products sold in the United States and worldwide;

b.    Agreed, during meetings or communications or elsewhere, to charge
prices at certain levels and otherwise to increase and maintain prices

of and avoid competition in the market for CRT Products sold in the
United States and worldwide;

    c.    Agreed, during meetings or communications or elsewhere, to
allocate among themselves markets and customers of CRT Products
in the United States and worldwide;

    d.    Monitored the allocated sales and policed the compliance of their
Co-Conspirators through developing and enforcing an agreement to
financially penalize any Co-Conspirator that sold more than their
allocated share;

    e.    Issued price announcements and price quotations in accordance with
the agreements reached;

    f.    Entered into joint ventures and license agreements to help facilitate
the combination and conspiracy to fix or raise CRT Product prices or
allocate the CRT Products market;

    g.    Acted contrary to Defendants' unilateral interests in an effort to
facilitate the combination and conspiracy to fix or raise CRT Product
prices or allocate the CRT market; and

    h.    Agreed to conceal and keep secret their illegal agreement.

## EFFECTS

72.    Defendants' combination and conspiracy has had, and will continue to

have, the following effects:

    a.    Prices for CRT Products sold by Defendants and their Co-
Conspirators were artificially fixed, raised, stabilized, and
maintained at artificially high and non-competitive levels;

    b.    Plaintiff and the other members of the Class were deprived of the
benefits of free and open competition in the purchase of CRT
Products; and

    c.    Price competition in the sale of CRT Products was restrained,
suppressed and eliminated.

73.     As a proximate result of Defendants' unlawful conduct, Plaintiff and the other members of the Class purchased CRT Products at higher prices than they would have paid but for Defendants' anti-competitive conduct, have been injured in their business or property and have suffered damages in an amount presently undetermined. The violations by Defendants are continuing and, unless preliminarily and permanently enjoined, will continue.

## FRAUDULENT CONCEALMENT

74.     Throughout the Class Period set forth in this Complaint, Defendants and their Co-Conspirators effectively, affirmatively, and fraudulently concealed their unlawful combination and conspiracy from Plaintiff and the Class members.

75.     Defendants and their Co-Conspirators engaged in a successful, illegal price-fixing conspiracy that by its nature was inherently self-concealing.

76.     Defendants' wrongful conduct as alleged in this Complaint was carried out in part through means and methods which were designed and intended to avoid detection, and which, in fact, successfully precluded detection.

77.     The ability of Defendants to meet and otherwise communicate with each other under the publicly legitimate aegis of such trade organizations, and their practice of doing so, created and facilitated additional opportunities for Defendants to meet and discuss collusive conduct in the CRT Products market.

78.     Plaintiff exercised all due diligence during the Class Period including, among other ways, by promptly investigating the facts giving rise to the claims asserted herein upon having a reasonable suspicion of the existence of Defendants' conspiracy

alleged herein, and by seeking discovery as to the matters asserted herein, to the extent permitted by law. However, notwithstanding such diligence, Plaintiff and the members of the Class could not possibly have discovered Defendants' unlawful scheme and conspiracy until shortly before the filing of this Complaint because of the successful deceptive practices and techniques of secrecy employed by Defendants and their Co-Conspirators to avoid detection of, and to affirmatively and fraudulently conceal, their wrongful conduct. Because Defendants' affirmative and fraudulent concealment as alleged herein was effective, there were no circumstances that should have led Plaintiff to suspect the existence of Defendants' illegal price-fixing scheme.

79.     By virtue of the fraudulent concealment of their wrongful conduct by Defendants and their Co-Conspirators, the running of any statute of limitations has been tolled and suspended with respect to any claims and rights of action that Plaintiff and the other Class members have as a result of the unlawful combination and conspiracy alleged in this Complaint.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff requests that:

1.     The Court determine that this action may be maintained as a class action under Rule Fed. R. Civ. P. 23(a) and (b)(2), and (b)(3), that Plaintiff is an adequate and appropriate representative of the Class, and that reasonable notice of this action be given to the Class;

2.     The unlawful combination and conspiracy alleged in this Complaint be adjudged and decreed to be in unreasonable restraint of trade or commerce in violation of

8931

Section 1 of the Sherman Act, 15 U.S.C. § 1, and Sections 4 and 16 of the Clayton Act, 15 U.S.C. §§ 15 and 26;

3.     Defendants be preliminarily and permanently enjoined from continuing the unlawful combination or conspiracy alleged in this Complaint;

4.     Plaintiff and the Class recover damages, as provided by law; that Defendants jointly and severally be held liable for the damages suffered by Plaintiff and the Class; and judgment in favor of Plaintiff and the Class be entered against Defendants in an amount to be trebled in accordance with the antitrust laws;

5.     Plaintiff and the Class recover their costs of suit, including reasonable attorneys' fees, as provided by law; and

6.     Plaintiff and the Class be granted such other and further relief as the nature of the case may require or as may seem just and proper to this Court.

## JURY TRIAL DEMANDED

Pursuant to Fed. R. Civ. P. 38, Plaintiff demands a trial by jury of all issues so triable.

Dated:  January 28, 2008               Respectfully submitted,

Lisa J. Rodriguez
**TRUJILLO RODRIGUEZ & RICHARDS, LLC**
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

Daniel E. Gustafson
Renae D. Steiner
Jason S. Kilene
Amanda M. Martin
**Gustafson Gluek PLLC**
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844

Robert J. Gralewski, Jr.
**Gergosian & Gralewski LLP**
655 West Broadway, Suite 1410
San Diego, CA 92101
(619) 237-9500

Dianne M. Nast
**RodaNast, P.C.**
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000

Richard J. Arsenault
**Neblett Beard & Arsenault**
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309
(800) 256-1050

***Counsel for Plaintiff***

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Radio & TV Equipment, Inc.
On behalf of itself and all others similarly situated,

## DEFENDANTS
CHUNGHWA PICTURE TUBES, LTD.
(SEE ATTACHMENT A FOR A LIST OF REMAINING DEFENDANTS)

**(b)** County of Residence of First Listed Plaintiff ___Fargo, ND___
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Lisa J. Rodriguez, Trujillo Rodriguez & Richards, LLC,
8 Kings Highway W, Haddonfield, NJ 08033/856- 795-9002

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☑ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☑ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. Section 1
Brief description of cause:
This is an antitrust claim for conspiracy to fix prices

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $** to be determined at trial but in excess of $150,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE Greenaway    DOCKET NUMBER 08-39; 08-86, MDL No. 1917

DATE January 28, 2008

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

ATTACHMENT A

Chunghwa Picture Tubes, Ltd.
Hitachi, Ltd.
Hitachi America, Ltd.
Hitachi Asia, Ltd.,
Koninklijke Philips Electronics N.V.
LG Electronics, Inc.
LG Electronics U.S.A, Inc.
LP Displays International, Ltd.
Matsushita Electric Industrial Co., Ltd.
Matsushita Toshiba Picture Display Co.,
Panasonic Corporation of America
Philips Electronics North America Corporation
Samsung Electronics America, Inc.
Samsung Electronics Co., Ltd.
Samsung SDI, Co., Ltd.
Tatung Company of America, Inc.
TCL International Holdings Ltd.
TCL Thomson Electronics Corporation
Thomson S.A.
Toshiba America Consumer Products, LLC
Toshiba Corporation

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC., on behalf of itself and all others similarly situated, **Plaintiff,** v. Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation, **Defendants** | **SUMMONS IN A CIVIL ACTION** <br><br> CASE NUMBER: |

TO: (Name and address of Defendant)  Chunghwa Picture Tubes, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

       Lisa J. Rodriguez
       Trujillo Rodriguez & Richards, LLC
       8 Kings Highway West
       Haddonfield, NJ 08033
       (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

      Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  Hitachi, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

     Lisa J. Rodriguez
     Trujillo Rodriguez & Richards, LLC
     8 Kings Highway West
     Haddonfield, NJ 08033
     (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant) **Hitachi America, Ltd.**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)
    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____      _____
CLERK                                DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant) **Hitachi Asia, Ltd.**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

_____
CLERK

_____
DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,<br><br>Defendants | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: |

TO: (Name and address of Defendant) Koninklijke Philips Electronics N.V.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

> Lisa J. Rodriguez
> Trujillo Rodriguez & Richards, LLC
> 8 Kings Highway West
> Haddonfield, NJ 08033
> (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| CLERK | DATE |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  LG Electronics, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

_____      _____

CLERK                      DATE

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of __New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  LG Electronics U.S.A, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
           Trujillo Rodriguez & Richards, LLC
           8 Kings Highway West
           Haddonfield, NJ 08033
           (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ____New Jersey____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

     Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

     Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant) **LP Displays International, Ltd.**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)    Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK

_____
(By) DEPUTY CLERK

_____
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  Matsushita Electric Industrial Co., Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)    Lisa J. Rodriguez
              Trujillo Rodriguez & Richards, LLC
              8 Kings Highway West
              Haddonfield, NJ 08033
              (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>   v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd.,<br>Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG<br>Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays<br>International, Ltd., Matsushita Electric Industrial Co., Ltd.,<br>Matsushita Toshiba Picture Display Co., Panasonic Corporation of<br>America, Philips Electronics North America Corporation, Samsung<br>Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung<br>SDI, Co., Ltd., Tatung Company of America, Inc., TCL<br>International Holdings Ltd., TCL Thomson Electronics Corporation,<br>Thomson S.A., Toshiba America Consumer Products, LLC, and<br>Toshiba Corporation,<br><br>      Defendants | **SUMMONS IN A<br>CIVIL ACTION**<br><br><br>CASE NUMBER: |

TO: (Name and address of Defendant)  Matsushita Toshiba Picture Display Co.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
            Trujillo Rodriguez & Richards, LLC
            8 Kings Highway West
            Haddonfield, NJ 08033
            (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20_____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

_____      _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,<br><br>Defendants | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER: |

TO: (Name and address of Defendant)  **Panasonic Corporation of America**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

> Lisa J. Rodriguez
> Trujillo Rodriguez & Richards, LLC
> 8 Kings Highway West
> Haddonfield, NJ 08033
> (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____          _____
CLERK                                                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant) **Philips Electronics North America Corporation**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

DATE _____

(By) DEPUTY CLERK _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant) Samsung Electronics America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

     Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

     Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  **Samsung Electronics Co., Ltd.**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

     Lisa J. Rodriguez
     Trujillo Rodriguez & Richards, LLC
     8 Kings Highway West
     Haddonfield, NJ 08033
     (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____  
CLERK

_____  
(By) DEPUTY CLERK

     _____  
     DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant) **Samsung SDI, Co., Ltd.**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)    Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____       _____
CLERK                                   DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

      Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant) Tatung Company of America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

      Lisa J. Rodriguez
      Trujillo Rodriguez & Richards, LLC
      8 Kings Highway West
      Haddonfield, NJ 08033
      (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,<br><br>        Defendants | **SUMMONS IN A CIVIL ACTION**<br><br><br>CASE NUMBER: |

TO: (Name and address of Defendant)  TCL International Holdings Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     _____

CLERK                               DATE

_____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,<br>Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,<br>LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays<br>International, Ltd., Matsushita Electric Industrial Co., Ltd.,<br>Matsushita Toshiba Picture Display Co., Panasonic<br>Corporation of America, Philips Electronics North America<br>Corporation, Samsung Electronics America, Inc., Samsung<br>Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung<br>Company of America, Inc., TCL International Holdings Ltd.,<br>TCL Thomson Electronics Corporation, Thomson S.A.,<br>Toshiba America Consumer Products, LLC, and Toshiba<br>Corporation,<br><br>      Defendants | **SUMMONS IN A<br>CIVIL ACTION**<br><br><br>CASE NUMBER: |

TO: (Name and address of Defendant)  TCL Thomson Electronics Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
             Trujillo Rodriguez & Richards, LLC
             8 Kings Highway West
             Haddonfield, NJ 08033
             (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

_____   _____
CLERK                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  Thomson S.A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

        Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

       Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

       Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  **Toshiba America Consumer Products, LLC**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
         Trujillo Rodriguez & Richards, LLC
         8 Kings Highway West
         Haddonfield, NJ 08033
         (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

_____
CLERK

_____
(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)  Toshiba Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

> Lisa J. Rodriguez
> Trujillo Rodriguez & Richards, LLC
> 8 Kings Highway West
> Haddonfield, NJ 08033
> (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:   *08-542
(JAG)*

TO: (Name and address of Defendant)  Chunghwa Picture Tubes, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
            Trujillo Rodriguez & Richards, LLC
            8 Kings Highway West
            Haddonfield, NJ 08033
            (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

_____        *1-31-08*
CLERK  DIANNE C. RICHARDS       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　　Date　　　　　　　　　*Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___ New Jersey

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

*08-542 (JAG)*

CASE NUMBER:

TO: (Name and address of Defendant)   Hitachi, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
              Trujillo Rodriguez & Richards, LLC
              8 Kings Highway West
              Haddonfield, NJ 08033
              (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

_1-31-08_

CLERK                                       DATE

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___ New Jersey ___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER: 08-542(JAC)

TO: (Name and address of Defendant)  Hitachi America, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)
      Lisa J. Rodriguez
      Trujillo Rodriguez & Richards, LLC
      8 Kings Highway West
      Haddonfield, NJ 08033
      (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

CLERK     DIANNE C. RICHARDS          DATE     1-31-08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date            *Signature of Server*

             _____
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

    Plaintiff,

  v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

    Defendants

**SUMMONS IN A
CIVIL ACTION**

 _08-542 (JAG)_

CASE NUMBER:

TO: (Name and address of Defendant)  Hitachi Asia, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)  Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

_____    _1-31-08_____

CLERK DIANNE C. RICHARDS,    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
                Date                 *Signature of Server*

                                    _____
                                    *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___ New Jersey

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

O 8-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) Koninklijke Philips Electronics N.V.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)  Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

|  |  |
|---|---|
| CLERK | DATE  1-31-08 |
| DIANNE C. RICHARDS | |
| (By) DEPUTY CLERK | |

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
               Date               *Signature of Server*

                       _____
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

08 542 (JAC)

CASE NUMBER:

TO: (Name and address of Defendant)  LG Electronics, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
            Trujillo Rodriguez & Richards, LLC
            8 Kings Highway West
            Haddonfield, NJ 08033
            (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.     WILLIAM T. WALSH

_____     1-31-08
CLERK                                      DATE

**DIANNE C. RICHARDS**

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                  *Signature of Server*

                      _____
                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ____New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

of 542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) LG Electronics U.S.A, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
                Trujillo Rodriguez & Richards, LLC
                8 Kings Highway West
                Haddonfield, NJ 08033
                (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

DATE    1-31-08

CLERK

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
              Date                          Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:   *08-542 (JAG)*

TO: (Name and address of Defendant)  LP Displays International, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH                        *1-31-08*

CLERK     DIANNE C. RICHARDS          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:


☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):



## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                   Date                           *Signature of Server*


                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#328686v1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

*08-542 (JAG)*

CASE NUMBER:

TO: (Name and address of Defendant)  Matsushita Toshiba Picture Display Co.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

> Lisa J. Rodriguez
> Trujillo Rodriguez & Richards, LLC
> 8 Kings Highway West
> Haddonfield, NJ 08033
> (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

1-31-08

CLERK          DATE

**DIANNE C. RICHARDS**

(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

    ☐    Served personally upon the defendant. Place where serviced:_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____    _____
                                *Signature of Server*

                                _____
                                *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

             Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

             Defendants

**SUMMONS IN A
CIVIL ACTION**

*08-543 (JAG)*

CASE NUMBER:

TO: (Name and address of Defendant)  Matsushita Electric Industrial Co., Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
     Trujillo Rodriguez & Richards, LLC
     8 Kings Highway West
     Haddonfield, NJ 08033
     (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.  WILLIAM T. WALSH

_____          _1-31-08_
CLERK                                       DATE

     DIANNE C. RICHARDS
_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                         *Signature of Server*

                                      _____
                                        *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

927933
6453-30722

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant)  Panasonic Corporation of America

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

1-31-08

CLERK  DIANNE C. RICHARDS        DATE

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
　　　　　　　　　Date　　　　　　　　　　　　　　　　Signature of Server


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
927931
6453-30722

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

*08-543 (JAG)*

CASE NUMBER:

TO: (Name and address of Defendant)  Philips Electronics North America Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)      Lisa J. Rodriguez
            Trujillo Rodriguez & Richards, LLC
            8 Kings Highway West
            Haddonfield, NJ 08033
            (856) 795-9002

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.   WILLIAM T. WALSH

                                    1-31-08

CLERK                                  DATE

      **DIANNE C. RICHARDS**

(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where serviced:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____     _____
                                         *Signature of Server*

                                         _____
                                         *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

684146.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,<br>Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,<br>LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays<br>International, Ltd., Matsushita Electric Industrial Co., Ltd.,<br>Matsushita Toshiba Picture Display Co., Panasonic<br>Corporation of America, Philips Electronics North America<br>Corporation, Samsung Electronics America, Inc., Samsung<br>Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung<br>Company of America, Inc., TCL International Holdings Ltd.,<br>TCL Thomson Electronics Corporation, Thomson S.A.,<br>Toshiba America Consumer Products, LLC, and Toshiba<br>Corporation,<br><br>        Defendants | **SUMMONS IN A<br>CIVIL ACTION**<br><br>_08-542 (JHL)_<br><br>CASE NUMBER: |

TO: (Name and address of Defendant) Samsung Electronics America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
               Trujillo Rodriguez & Richards, LLC
               8 Kings Highway West
               Haddonfield, NJ 08033
               (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.  WILLIAM T. WALSH

| | |
|---|---|
| CLERK  JOANNE C. RICHARDS | DATE  _1-31-08_ |

(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where serviced:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____     _____
                                *Signature of Server*


_____
*Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

684146.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

                Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

                Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER: _08-542 (JAG)_

TO: (Name and address of Defendant) Samsung Electronics Co., Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
           Trujillo Rodriguez & Richards, LLC
           8 Kings Highway West
           Haddonfield, NJ 08033
           (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

                         DATE  _1-31-08_

CLERK

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

        Served personally upon the defendant.  Place where serviced: _____
_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
      Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____
_____
_____

☐    Other (specify): _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____    _____
                                           *Signature of Server*

                                          _____
                                          *Address of Server*

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

        *08-542 (JAC)*

CASE NUMBER:

TO: (Name and address of Defendant)  Tatung Company of America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
             Trujillo Rodriguez & Richards, LLC
             8 Kings Highway West
             Haddonfield, NJ 08033
             (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.  WILLIAM T. WALSH

_____             _1-31-08_____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER *(PRINT)* | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
                 Date            *Signature of Server*

                            _____
                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

_08-542 (JAG)_

CASE NUMBER:

TO: (Name and address of Defendant) TCL International Holdings Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

                          1-31-08

CLERK                           DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                 *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

*08-542 (JAC)*

CASE NUMBER:

TO: (Name and address of Defendant)  TCL Thomson Electronics Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

      Lisa J. Rodriguez
      Trujillo Rodriguez & Richards, LLC
      8 Kings Highway West
      Haddonfield, NJ 08033
      (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.  WILLIAM T. WALSH

1-31-08

CLERK  DIANNE C. RICHARDS         DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                    *Signature of Server*

                              _____
                                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

           Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

           Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) Thomson S.A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20_____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

**WILLIAM T. WALSH**          1-31-08

CLERK                          DATE

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ____New Jersey____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

   v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542(JAC)

CASE NUMBER:

TO: (Name and address of Defendant)  Toshiba America Consumer Products, LLC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

1-31-08

CLERK                                       DATE

**DIANNE C. RICHARDS**

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         Date                              *Signature of Server*

                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    New Jersey

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

      Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

*08-542 (JAG)*

TO: (Name and address of Defendant)  Toshiba Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)
    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within   20   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM I. WALSH

CLERK                               DATE    1-31-08

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


                                        _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

         Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

         Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) Samsung SDI, Co., Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.   WILLIAM T. WALSH

DATE   /-31-08

CLERK  DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date               *Signature of Server*

                            _____
                            *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

          Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER: 08-542
(JAG)

TO: (Name and address of Defendant)  Chunghwa Picture Tubes, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)  Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

DATE  1-31-08

CLERK  DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                         Date                              *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant)  Hitachi, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH                1-31-08

CLERK                          DATE

    DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                    *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

           Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

           Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542(JAG)

CASE NUMBER:

TO: (Name and address of Defendant)  Hitachi America, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
     Trujillo Rodriguez & Richards, LLC
     8 Kings Highway West
     Haddonfield, NJ 08033
     (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.  WILLIAM T. WALSH

1-31-08

CLERK
DIANNE C. RICHARDS                DATE

(By) DEPUTY CLERK

Case 2:08-cv-00542-JAG-MCA    Document 1-4    Filed 01/28/2008    Page 6 of 42

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                              Date                          *Signature of Server*


                                                           _____
                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant)  Hitachi Asia, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)

        Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

CLERK   DIANNE C. RICHARDS

(By) DEPUTY CLERK

DATE   1-31-08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               *Date*                  *Signature of Server*

                                    _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___ New Jersey

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>      v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,<br><br>        Defendants | **SUMMONS IN A**<br>**CIVIL ACTION**<br><br>*0 8-542 (JAG)*<br><br>CASE NUMBER: |

TO: (Name and address of Defendant) Koninklijke Philips Electronics N.V.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

DATE    *1-31-08*

CLERK

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ _____
               Date             *Signature of Server*

                             _____
                             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___ New Jersey ___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

_08 542 (JAG)_

CASE NUMBER:

TO: (Name and address of Defendant)  LG Electronics, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
           Trujillo Rodriguez & Richards, LLC
           8 Kings Highway West
           Haddonfield, NJ 08033
           (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

_1-31-08_

CLERK                                 DATE

**DIANNE C. RICHARDS** _dcr_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              *Signature of Server*


                                       _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

of 542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) LG Electronics U.S.A, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH                    1-31-08

CLERK                                         DATE

(By) DEPUTY CLERK

Case 2:08-cv-00542-JAG-MCA   Document 1-4   Filed 01/28/2008   Page 14 of 42

⬥AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

*08-542 (JAG)*

CASE NUMBER:

TO: (Name and address of Defendant)  LP Displays International, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

        Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

_____    1-31-08
CLERK                                                                     DATE

DIANNE C. RICHARDS

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                        Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

#328686v1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

$0f-542(JAG)$

CASE NUMBER:

TO: (Name and address of Defendant)  Matsushita Toshiba Picture Display Co.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

        Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK

DIANNE C. RICHARDS

DATE   1-31-08

(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant.  Place where serviced: _____

_____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

_____

_____

☐  Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____        _____
                                            *Signature of Server*


                                            _____
                                            *Address of Server*

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

684146.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___ New Jersey ___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant)  Matsushita Electric Industrial Co., Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

| | |
|---|---|
| _____ | DATE   1-31-08 |
| CLERK | |
| DIANNE C. RICHARDS | |
| (By) DEPUTY CLERK | |

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (*PRINT*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served personally upon the defendant. Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
            Date

          _____
          *Signature of Server*

          _____
          *Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

927933
6453-30722

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant)  Panasonic Corporation of America

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.  **WILLIAM T. WALSH**

1-31-08

CLERK  **DIANNE C. RICHARDS**        DATE

(By) DEPUTY CLERK

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | |
| NAME OF SERVER (*PRINT*) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify) _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
927931
6453-30722

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

    Plaintiff,

  v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

    Defendants

**SUMMONS IN A CIVIL ACTION**

*08-542 (JAG)*

CASE NUMBER:

TO: (Name and address of Defendant) Philips Electronics North America Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)
   Lisa J. Rodriguez
   Trujillo Rodriguez & Richards, LLC
   8 Kings Highway West
   Haddonfield, NJ 08033
   (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH      1-31-08

---
CLERK            DATE

**DIANNE C. RICHARDS**
(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where serviced:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:_____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____     _____
                                                          *Signature of Server*


                                                          _____
                                                          *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

684146.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

08 542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) Samsung Electronics America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service. WILLIAM T. WALSH

DATE  1-31-08

CLERK  JEANNE C. RICHARDS

(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant.  Place where serviced:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____     _____
                                    *Signature of Server*


                                    _____
                                    *Address of Server*

_____

1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

684146.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ____New Jersey____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

        v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:   *08-542 (JAG)*

TO: (Name and address of Defendant)  Samsung Electronics Co., Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)      Lisa J. Rodriguez
            Trujillo Rodriguez & Richards, LLC
            8 Kings Highway West
            Haddonfield, NJ 08033
            (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

DATE    *1-31-08*

CLERK
**DIANNE C. RICHARDS**

(By) DEPUTY CLERK

AD 440 (Rev 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where serviced:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct

Executed on _____        _____
                                                                          *Signature of Server*


                                                                          _____
                                                                          *Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

689146.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of ___ New Jersey ___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

            Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

            Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAC)

CASE NUMBER:

TO: (Name and address of Defendant)  Tatung Company of America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

      Lisa J. Rodriguez
      Trujillo Rodriguez & Richards, LLC
      8 Kings Highway West
      Haddonfield, NJ 08033
      (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.  WILLIAM T. WALSH

CLERK                         DATE      1-31-08

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                        Date                           *Signature of Server*


                                          _____
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

        v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER: *08-542 (JAG)*

TO: (Name and address of Defendant) TCL International Holdings Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

DATE  1-31-08

CLERK _____

(By) DEPUTY CLERK _____

## RETURN OF SERVICE

|  |  |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

      I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
               *Date*                                     *Signature of Server*


_____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ____New Jersey____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  *08-542 (JAG)*

TO: (Name and address of Defendant)  TCL Thomson Electronics Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

                            1-31-08

CLERK  DIANNE C. RICHARDS             DATE

(By) DEPUTY CLERK

✎AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                          Date                                *Signature of Server*


                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A., Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER: *08-542(JAG)*

TO: (Name and address of Defendant)   Thomson S.A.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)     Lisa J. Rodriguez
     Trujillo Rodriguez & Richards, LLC
     8 Kings Highway West
     Haddonfield, NJ 08033
     (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

**WILLIAM T. WALSH**                          1-31-08

CLERK                                     DATE

DIANNE C. RICHARD

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date               *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

       Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

       Defendants

**SUMMONS IN A
CIVIL ACTION**

*08 542 (JAW)*

CASE NUMBER:

TO: (Name and address of Defendant)  Toshiba America Consumer Products, LLC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

      Lisa J. Rodriguez
      Trujillo Rodriguez & Richards, LLC
      8 Kings Highway West
      Haddonfield, NJ 08033
      (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**

_____      _1-31-08___
CLERK  **DIANNE C. RICHARDS**      DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                           *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

          Plaintiff,

     v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

          Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER:

08-542 (JAG)

TO: (Name and address of Defendant)  Toshiba Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)
    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK                            DATE   1-31-08

DIANNE C. RICHARDS

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age **and** discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL **$0.00** |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
               Date              *Signature of Server*

                               _____
                               *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ____New Jersey____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) Samsung SDI, Co., Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
        Trujillo Rodriguez & Richards, LLC
        8 Kings Highway West
        Haddonfield, NJ 08033
        (856) 795-9002

an answer to the complaint which is served on you with this summons, within ____20____ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.   WILLIAM T. WALSH

CLERK  DIANNE C. RICHARDS       DATE   1-31-08

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age **and** discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                          Date                                    *Signature of Server*


                                                  _____
                                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis
### C O U N S E L O R S   A T   L A W
A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-in-Charge

**Daniel E. Orr**
Associate
609.919.6614
deorr@morganlewis.com

February 26, 2008

**VIA ELECTRONIC FILING & FEDERAL EXPRESS**
The Hon. Madeline Cox Arleo
U.S. District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse, Room 2060
50 Walnut Street
Newark, New Jersey 07101

Re:    Radio & TV Equipment, Inc. v. Chungwa Picture Tubes Ltd., et. al., 08 – cv- 542

Dear Judge Arleo:

We represent defendant Hitachi America, Ltd. Per my conversation with your chambers this
morning, Hitachi respectfully requests an extension of its time to answer the complaint pending
possible consolidation of this case into a multi-district litigation. Hitachi's answer is currently
due on March 3, 2008. It has not previously sought an extension. Plaintiffs consented to an
extension in a stipulation and proposed order attached as Exhibit A.

This case is one of over thirty that have been filed in various U.S. federal district courts seeking
certification of a national class that purchased CRT (Cathode Ray Tube) products. The actions
allege antitrust violations by CRT manufacturers.

On February 15, 2008, the Judicial Panel on Multidistrict Litigation consolidated cases from the
Northern District of California and the Southern District of New York. A copy of this order is
attached as Exhibit B. The MDL order identified three cases from the District of New Jersey as
potential tag along actions.

This case and one other CRT case, *OK TV & Appliances, LLC v. Samsung Electronics Co., Ltd.,
et al.*, 08-cv-00086 (D.NJ 2008), are before your Honor. On January 18, 2008, your Honor
approved a Stipulation for an Extension of Time in *OK TV* that permits those defendants to
respond to the complaint either 45 days after a Consolidated Amended Complaint is filed or 45
days after plaintiff provides written notice that such a complaint will not be filed.



The Hon. Madeline Cox Arleo
February 26, 2008
Page 2

Hitachi respectfully requests the same extension through the attached Stipulation and Proposed Order Re Extension of Time For Defendant To Answer, Move Or Otherwise Respond To Plaintiffs' Complaint.

If the proposed order meets with your Honor's approval, please sign and enter the same. Thank you for your assistance.

Respectfully,

Daniel E. Orr

Attachments

C: All Counsel or Record via ECF (w/att.)

1-PR/1370560.1

# EXHIBIT A

1   KENT M. ROGER, State Bar No. 95987
    REBECCA A. FALK, State Bar No. 226798
2   CHRISTINE S. SAFRENO, State Bar No. 251970
    MORGAN, LEWIS & BOCKIUS, LLP
3   One Market, Spear Street Tower
    San Francisco, CA  94105-1126
4   Tel: (415) 442-1000
    Fax: (415)442-1001
5
    Attorneys for Defendant
6   HITACHI AMERICA, LTD.

7

8                    UNITED STATES DISTRICT COURT

9                       DISTRICT OF NEW JERSEY

10

11  RADIO & TV EQUIPMENT, INC., on behalf        Case No. CV 08 542 (JAG) (MCA)
    of itself and all others similarly situated.
12                                               **STIPULATION AND [PROPOSED]**
               Plaintiff,                        **ORDER RE EXTENSION OF TIME**
13                                               **FOR DEFENDANT TO ANSWER,**
               vs.                               **MOVE OR OTHERWISE**
14                                               **RESPOND TO PLAINTIFF'S**
    Chunghwa Picture Tubes, Ltd., Hitachi, Ltd.,  **COMPLAINT**
15  Hitachi America, Ltd., Hitachi Asia, Ltd.,
    Koninklijke Philips Electronics N.V., LG
16  Electronics, Inc., LG Electronics U.S.A, Inc.,
    LP Displays International, Ltd., Matsushita
17  Electric Industrial Co., Ltd., Matsushita Toshiba
    Picture Display Co., Panasonic Corporation of
18  America, Philips Electronics North America
    Corporation, Samsung Electronics America Inc.,
19  Samsung Electronics Co., Ltd., Samsung SDI,
    Co., Ltd., Tatung Company of America, Inc.,
20  TCL International Holdings Ltd., TCL Thomson
    Electronics Corporation, Thomson S.A.,
21  Toshiba America Consumer Products, LLC, and
    Toshiba Corporation,
22
               Defendants.
23

24

25

26

27

28

1-SF/7668207.1                              USDC – D.N.J. Case No CV 08 542(JAG)(MCA)
                STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER,
                       MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1   WHEREAS, Plaintiff Radio & TV Equipment, Inc., ("Plaintiff") filed a complaint in the

2 above-captioned case on or about January 28, 2008;

3   WHEREAS, Plaintiff alleges antitrust violations by manufacturers of Cathode-Ray Tubes

4 and products containing Cathode-Ray Tubes (collectively, "CRT Products");

5   WHEREAS at least thirty-two complaints have been filed to date in federal district courts

6 throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and

7 indirect purchasers alleging antitrust violations by manufacturers of CRT products (collectively,

8 "the CRT Cases");

9   WHEREAS, the Judicial Panel on Multidistrict Litigation has issued an order to transfer

10 two of the CRT Cases to the Northern District of California for coordinated and consolidated

11 pretrial proceedings pursuant to 28 U.S.C. § 1407, and it is anticipated that the remainder of the

12 CRT Cases will likewise be transferred as tag-along actions to the Northern District of California;

13   WHEREAS the parties anticipate the filing of Consolidated Amended Complaints in the

14 CRT Cases;

15   WHEREAS Plaintiff and Defendant Hitachi America, Ltd. ("HAL") have agreed that an

16 orderly schedule for any response to the pleadings in the CRT Cases would be more efficient for

17 the parties and for the Court;

18   WHEREAS Plaintiff agrees that the deadline for HAL to answer, move, or otherwise

19 respond to the Complaint shall be extended until the earliest of the following dates: (1) forty-five

20 days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five

21 days after Plaintiff provides written notice to HAL that Plaintiff does not intend to file a

22 Consolidated Amended Complaint, provided however, that in the event that HAL should agree to

23 an earlier response date in any CRT Case, HAL will respond to the Complaint in the above-

24 captioned action on that earlier date;

25   WHEREAS Plaintiff further agrees that this extension is available, without further

26 stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of

27 their intention to join this Stipulation;

28   WHEREAS this Stipulation does not constitute a waiver by HAL of any defense,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1-SF/7668207.1     2    USDC – D.N.J. Case No CV 08 542(JAG)(MCA)
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1   including but not limited to the defenses of lack of personal jurisdiction, subject matter

2   jurisdiction, improper venue, sufficiency of process or service of process;

3          WHEREAS, with respect to any named defendant joining the stipulation, this Stipulation

4   does not constitute a waiver of any defense, including but not limited to the defenses of lack of

5   personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or

6   service of process.

7          PLAINTIFF AND DEFENDANT HAL, BY AND THROUGH THEIR RESPECTIVE

8   COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

9          1.      Service of process was effected on February 12, 2008, the time for HAL to answer,

10   move or otherwise respond to the Complaint is currently March 3, 2008, and no prior request for

11   an extension has been made.

12          2.      The deadline for HAL to answer, move, or otherwise respond to the Complaint

13   shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a

14   Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after Plaintiff

15   provides written notice to HAL that Plaintiff does not intend to file a Consolidated Amended

16   Complaint, provided however, that in the event that HAL should agree to an earlier response date

17   in any CRT Case, HAL will respond to the Complaint in the above-captioned action on that

18   earlier date.

19          3.      This extension is available, without further stipulation with counsel for Plaintiff, to

20   all named defendants who notify Plaintiff in writing of their intention to join this Stipulation.

21          4.      This Stipulation does not constitute a waiver by HAL, or any other named

22   defendant joining this Stipulation of any defense, including but not limited to the defenses of lack

23   of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or

24   service of process.

25          **IT IS SO STIPULATED.**

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1

2

3

Dated: 2/22/08

Signature: _____

4

5

Lisa J. Rodriguez

TRUJILLO, RODRIGUEZ &

6

RICHARDS, LLP

8 Kings Highway West

7

Haddonfield, NJ 08033

Telephone: (856) 795-9002

Facsimile: (856) 795-9887

8

9

Daniel E. Gustafson

Renae D. Steiner

10

Jason S. Kilene

Amanda M. Martin

11

Gustafson Gluek PLLC

650 Northstar East

12

608 Second Avenue South

Minneapolis, MN 55402

13

(612) 333-8844

14

Counsel for Plaintiff Radio & TV Equipment,

Inc.

15

16

**IT IS SO ORDERED.**

17

18

Dated: _____

19

Signature: _____

Hon. Madeline Cox Arleo, U.S.M.J.

20

United States District Judge

21

22

23

24

25

26

27

Dated: 2-22-08

Signature: _____

Kent M. Roger

Rebecca A. Falk

Christine S. Safreno

Morgan, Lewis & Bockius LLP

One Market, Spear Street Tower

San Francisco, CA 94105-1126

Counsel for Defendant

Hitachi America, Ltd.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1-SF/7668207.1                4                USDC – D.N.J. Case No CV 08 542(JAG)(MCA)

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

# EXHIBIT B

# MDL 1917

*Docketed*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**Feb 15, 2008**

FILED
CLERK'S OFFICE

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION

| | | |
|---|---|---|
| Crago, Inc. v. Chunghwa Picture Tubes, Ltd., et al., | ) | |
| N.D. California, C.A. No. 3:07-5944 | ) | MDL No. 1917 |
| Andrew Kindt v. Matsushita Electric Industrial Co., | ) | |
| Ltd., et al., S.D. New York, C.A. No. 1:07-10322 | ) | |

## TRANSFER ORDER

**Before the entire Panel:** Plaintiff in the Northern District of California action has moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation in the Northern District of California. All responding parties agree that centralization is appropriate and variously support one or more of the following suggested transferee districts: the Northern District of California, the District of Minnesota, the District of New Jersey, the Southern District of New York, and the District of South Carolina.

This litigation currently consists of two actions pending in two districts, one action each in the Northern District of California and the Southern District of New York.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of California will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. These actions share factual questions relating to allegations that defendants – manufacturers of cathode ray tubes (CRTs) and products containing CRTs – conspired to fix prices of CRT products in violation of the Sherman Antitrust Act. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of California is an appropriate transferee forum for this litigation. One of the two actions before us and twelve potential tag-along actions are

---

[1] The Panel has been notified that 26 other related actions have been filed as follows: twelve actions in the Northern District of California; three actions each in the District of New Jersey and the Southern District of New York; two actions in the District of Minnesota; and one action each in the District of Arizona, the Western District of Arkansas, the Northern District of Ohio, the District of South Carolina, the Eastern District of Tennessee, and the District of Vermont. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

**OFFICIAL FILE COPY** IMAGED FEB 1 5 2008

PLEADING NO. 5 6

-2-

already pending in that district, and some defendants and some plaintiffs support centralization there.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action pending in the Southern District of New York is transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Samuel Conti for coordinated or consolidated pretrial proceedings with the action pending there.

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

D. Lowell Jensen            J. Frederick Motz
Robert L. Miller, Jr.       Kathryn H. Vratil
David R. Hansen             Anthony J. Scirica

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
Tel: 609.919.6600
Fax: 609.919.6701
www.morganlewis.com

# Morgan Lewis

C O U N S E L O R S   A T   L A W

A Pennsylvania Limited Liability Partnership

ROBERT A. WHITE
Partner-in-Charge

**Daniel E. Orr**
Associate
609.919.6614
deorr@morganlewis.com

February 29, 2008

**VIA ELECTRONIC FILING**
The Hon. Madeline Cox Arleo
U.S. District Court, District of New Jersey
M.L. King, Jr. Federal Bldg. & Courthouse, Room 2060
50 Walnut Street
Newark, New Jersey 07101

Re:   Radio & TV Equipment, Inc. v. Chungwa Picture Tubes Ltd., et. al., 08 – cv- 542

Dear Judge Arleo:

As your Honor knows, we represent Defendant Hitachi America, Ltd.

On February 22, 2008, Plaintiff and Defendant entered into a Stipulation and Proposed Order Re Extension of Time For Defendant To Answer, Move Or Otherwise Respond To Plaintiffs' Complaint.

In that document, the parties asked the court to delay the Defendants' answer date pending potential consolidation of this case into a multi-district litigation. This stipulation and proposed order was substantially similar, if not identical, to that approved by the court a few weeks ago in *OK TV & Appliances, LLC v. Samsung Electronics Co., Ltd., et al.*, 08-cv-00086 (D.NJ 2008).

After speaking with your chambers, on February 26, 2008, we filed an informal application for an extension of Defendant's time to answer based on the stipulation.

While the court is considering that application, Defendants respectfully request that the court and clerk accept the attached clerk's order under L. Civ. R. 6.1(b) extending their time to answer by 15 days, from March 3, 2008 to March, 18, 2008.

Respectfully,

Daniel E. Orr

Attachment

C:      Counsel of Record via ECF (w/att.)

MORGAN, LEWIS & BOCKIUS LLP
(Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-6241
609.919.6600
Attorneys for Defendant
HITACHI AMERICA, LTD.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC., on behalf of itself and all others similarly situated.<br><br>    Plaintiff,<br><br>        vs.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,<br><br>    Defendants. | Case No. CV 08 542 (JAG) (MCA)<br><br>Document Electronically Filed<br><br>APPLICATION OF CERTAIN DEFENDANTS FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT |

Application is hereby made for a clerk's order pursuant to Rule 6.1(b) of the Local Civil

Rules extending the time within which the Defendants identified below may answer, move, or

otherwise reply to the complaint filed by Plaintiff for a period of 15 days, and each Defendant

represents through its undersigned counsel that:

1. No previous extension has been obtained;

2. The service date of the Complaint and new due date for each Defendant's

response are as follows:

| | Date Served | New Response Date |
|---|---|---|
| Hitachi America, Ltd. | February 12, 2008 | March 18, 2008 |
| Toshiba America Consumer Products, L.L.C. | February 12, 2008 | March 18, 2008 |
| LG Electronics USA Inc. | February 12, 2008 | March 18, 2008 |
| Samsung Electronics America, Inc. | February 12, 2008 | March 18, 2008 |
| Panasonic Corporation of North America | February 12, 2008 | March 18, 2008 |
| Philips Electronics North America Corporation | February 12, 2008 | March 18, 2008 |

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Attorneys for Defendant<br>HITACHI AMERICA, LTD.<br><br><br>_____<br>Kent Roger<br><br><br>Dated: 2 / 28 / 2008 | WHITE & CASE LLP<br>Attorneys for Defendant<br>TOSHIBA AMERICA CONSUMER<br>PRODUCTS, L.L.C.<br><br>_____<br>Christopher M. Curran<br>George L. Paul<br>Lucius B. Lau<br><br>Dated: 2 / 28 / 2008 |
| SIDLEY AUSTIN LLP<br>Attorneys for Defendant<br>LG ELECTRONICS USA INC.<br><br><br>/s Samuel R. Miller<br>_____<br>Samuel R. Miller<br><br>Dated: 2 / 28 / 2008 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Attorneys for Defendant<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.<br><br>_____<br>Michael Scarborough<br><br>Dated: 2 / 28 / 2008 |

2

| WEIL, GOTSHAL & MANGES<br>Attorneys for Defendant<br>PANASONIC CORPORATION OF NORTH<br>AMERICA | HOWREY LLP<br>Attorneys for Defendant<br>PHILIPS ELECTRONICS NORTH<br>AMERICA CORPORATION |
|---|---|
| _David Yohai_<br>David Yohai<br>Alan Feigenbaum | _Ethan Litwin/AWD_<br>Ethan Litwin |
| Dated: 2 / 28 / 2008 | Dated: 2 / 28 / 2008 |

3

## ORDER

The above application is **GRANTED** and the time within which the Defendants identified above shall answer, move, or otherwise reply is extended as set forth above.

ORDER DATED:_____

                             William T. Walsh, Clerk

                By:_____
                            Deputy Clerk

1-PR/1370707.1

# ROAD RUNNER COURIER SERVICE INC.

*P.O. Box #408*
*Collingswood, NJ 08108-0408*
*Office (856) 858-2700*
*Fax (856) 858-7820*

Docket# 08-542

Case Name: Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd., etal

## SUBPOENA

## AFFIDAVIT/ PROOF OF SERVICE

Hitachi America Ltd

2/12/08

**DATE**

Eileen Cannon                    Hand

**SERVED ON (Print Name & Title)**      **(Manner of Service)**

Adam Ford                    Courier

**Served by (Print Name)**      **Title:**

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: 2/12/08

Signature of Server
316 Haddon Ave.
Westmont, NJ 08108



# ROAD RUNNER COURIER SERVICE INC.
P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

PICKUP TIME:

1. CASE FILE#/ PO #: _CRT (Radio)_
2. ATTORNEY NAME/CONTACT PERSON: _Andrea_
   (TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

**CLIENT NAME:**            Rodriquez & Richards
**ADDRESS:**                8 Kings Hwy. West
**CITY, STATE,  ZIP:**      Haddonfield, NJ 08033
                           856-795-9002

ITEM DESCRIPTION: _____ # OF BOXES OR PARCELS: _env_
**PICK-UP CONTACT PERSON/ATTN:** _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) ____-____

**DESTINATION** CONTACT PERSON/ATTN: _Hitachi America, Ltd._
COMPANY/FIRM: _c/o The Corporation Service Company_
ADDRESS: _830 Bear Tavern Road_
CITY: _Trenton_ STATE: _NJ_ ZIP: _____
TELEPHONE ( ) ____-____

**RECIPIENT SIGNATURE: (X)**_____ _Eileen Cannon_
DATE: _2/12/08_ TIME: _2:00_

**SPECIAL INSTRUCTIONS:** _Pls. return Proof of_
_Service_
_____
_____

*************************************************************
### (FOR DRIVER USE ONLY)

DRIVER SIGNATURE: _____ _Adam Ford_
DATE: _2/12/08_ TIME: _2:00_
WAITING TIME: _____ X $.50/minute

RETURN COPIES?   YES or NO   (CIRCLE ONE)
PARCEL RETURNED:  SIGNATURE OF RECIPIENT: _____
DATE_____ AND TIME:_____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

      Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

      Defendants

**SUMMONS IN A
CIVIL ACTION**

$08-542(JAC)$

CASE NUMBER:

TO: (Name and address of Defendant)  Hitachi America, Ltd.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.   WILLIAM T. WALSH

                                           1-31-08

CLERK  DIANNE C. RICHARDS         DATE

(By) DEPUTY CLERK



# ROAD RUNNER COURIER SERVICE INC.

P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

Docket# ___08-542___

Case Name: Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd, etc

## SUBPOENA

## AFFIDAVIT/ PROOF OF SERVICE

___2/12/08___                    LG Electronics USA, Inc

**DATE**                    **PLACE (NAME & ADDRESS)**

Cathrine Edwards    Legal Adm.    Hand

**SERVED ON (Print Name & Title)**    **(Manner of Service)**

Adam FORD                    Courier

**Served by (Print Name)**    **Title:**

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: ___2/12/08___

_Al R_

Signature of Server
316 Haddon Ave.
Westmont, NJ 08108



# ROAD RUNNER COURIER SERVICE INC.
### P.O. Box #408
*Collingswood, NJ 08108-0408*
*Office (856) 858-2700*
*Fax (856) 858-7820*

PICKUP TIME:

1. CASE FILE#/ PO #: CRT (Radio)
2. ATTORNEY NAME/CONTACT PERSON: Andrea
   (TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

**CLIENT NAME:**          Rodriquez & Richards
**ADDRESS:**              8 Kings Hwy. West
**CITY, STATE,  ZIP:**    Haddonfield, NJ 08033
                          856-795-9002

ITEM DESCRIPTION: _____ # OF BOXES OR PARCELS: env
**PICK-UP** CONTACT PERSON/ATTN: _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) _____-_____

**DESTINATION** CONTACT PERSON/ATTN: LG Electronics USA, Inc.
COMPANY/FIRM: c/o Richard C. Wingate
ADDRESS: 910 Sylvan Avenue
CITY: Englewood Cliffs STATE: NJ ZIP: _____
TELEPHONE ( ) _____-_____

**RECIPIENT SIGNATURE: (X)** Catherine M Edwards
DATE: 2/13/08    TIME: 3:47p

**SPECIAL INSTRUCTIONS:** Pls. return Proof of Service

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
### (FOR DRIVER USE ONLY)

**DRIVER SIGNATURE:** ARFd    Adamfoln
**DATE:** 2/12/08    **TIME:** 3:47 pm
**WAITING TIME:** _____ X $.50/minute

**RETURN COPIES?**   YES or NO   (CIRCLE ONE)
**PARCEL RETURNED:**   SIGNATURE OF RECIPIENT: _____
DATE _____ AND TIME: _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___New Jersey_____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

                 Plaintiff,

      v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation;

                 Defendants

**SUMMONS IN A
CIVIL ACTION**

          *of 542 (JAC)*

CASE NUMBER:

TO: (Name and address of Defendant)  LG Electronics U.S.A, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)    Lisa J. Rodriguez
             Trujillo Rodriguez & Richards, LLC
             8 Kings Highway West
             Haddonfield, NJ 08033
             (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

| CLERK | | DATE    *1-31-08* |
|---|---|---|

DIANNE C. RICHARDS

(By) DEPUTY CLERK



**ROAD RUNNER COURIER SERVICE INC.**
P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

Docket# __O8-542__

Case Name: __Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd, etc.__

## SUBPOENA

## AFFIDAVIT/ PROOF OF SERVICE

__2/12/08__                            __Philips Electronics North America Corporation__

DATE                                     PLACE (NAME & ADDRESS)

__Eileen Cannon__                        __Hand__

SERVED ON (Print Name & Title)           (Manner of Service)

__Adam Foer__                            __Courier__

Served by (Print Name)                   Title:

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: __2/12/08__                 _Al. Fe_

                                         Signature of Server
                                         316 Haddon Ave.
                                         Westmont, NJ 08108



# ROAD RUNNER COURIER SERVICE INC.
P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

PICKUP TIME:

1. CASE FILE#/ PO #: _CRT (Radio)_
2. ATTORNEY NAME/CONTACT PERSON: _Andrea_
   (TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

CLIENT NAME:        Rodriquez & Richards
ADDRESS:            8 Kings Hwy. West
CITY, STATE,  ZIP:  Haddonfield, NJ 08033
                    856-795-9002

ITEM DESCRIPTION: _____ # OF BOXES OR PARCELS: _env_
PICK-UP CONTACT PERSON/ATTN: _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) ____-_____

DESTINATION CONTACT PERSON/ATTN: _Philips Electronics North America Corporation_
COMPANY/FIRM: _c/o The Corporation Service Company_
ADDRESS: _830 Bear Tavern Road_
CITY: _Trenton_ STATE: _NJ_ ZIP: _____
TELEPHONE ( ) ____-_____

RECIPIENT SIGNATURE: (X) _____ _Eileen Camden_
DATE: _____ TIME: _____

SPECIAL INSTRUCTIONS: _Pls. return Proof of_
_Service_
_____
_____

********************************************************
### (FOR DRIVER USE ONLY)
DRIVER SIGNATURE: _____ _Adam Foes_
DATE: _2/12/08_ TIME: _2:00 pm_
WAITING TIME: _____ X $.50/minute

RETURN COPIES?  YES or NO  (CIRCLE ONE)
PARCEL RETURNED:  SIGNATURE OF RECIPIENT: _____
DATE_____ AND TIME:_____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of ___ New Jersey _____

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

08-542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant)  Philips Electronics North America Corporation

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)       Lisa J. Rodriguez
          Trujillo Rodriguez & Richards, LLC
          8 Kings Highway West
          Haddonfield, NJ 08033
          (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___ 20 ___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

CLERK

DIANNE C. RICHARDS        _dc_

(By) DEPUTY CLERK

DATE        1-31-08

# ROAD RUNNER COURIER SERVICE INC.

*P.O. Box #408*
*Collingswood, NJ 08108-0408*
*Office (856) 858-2700*
*Fax (856) 858-7820*

Docket# __OS-542__

Case Name: __Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd, etal__

## SUBPOENA

## AFFIDAVIT/ PROOF OF SERVICE

__2/12/08__                              __Samsung Electronics America, Inc__

DATE                                     PLACE (NAME & ADDRESS)

__Annmarie Conti  Fol. Specialist__           __Hand__

SERVED ON (Print Name & Title)          (Manner of Service)

__Adam Ford__                    __Courier__

Served by (Print Name)                  Title:

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: __2/12/08__

                                    _signature_

                                    Signature of Server
                                    316 Haddon Ave.
                                    Westmont, NJ 08108



### ROAD RUNNER COURIER SERVICE INC.
P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

PICKUP TIME:

1. CASE FILE#/ PO #: _CRT (Radio)_
2. ATTORNEY NAME/CONTACT PERSON: _Andrea_
   (TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

CLIENT NAME:      Rodriquez & Richards
ADDRESS:      8 Kings Hwy. West
CITY, STATE, ZIP:      Haddonfield, NJ 08033
     856-795-9002

ITEM DESCRIPTION: _____ # OF BOXES OR PARCELS: _env_
PICK-UP CONTACT PERSON/ATTN: _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) _____-_____

DESTINATION CONTACT PERSON/ATTN: _Samsung Electronics_
COMPANY/FIRM: _c/o The Corporation Trust Company_ _America, Inc._
ADDRESS: _820 Bear Tavern Road_
CITY: _Trenton_ STATE: _NJ_ ZIP: _____
TELEPHONE ( ) _____-_____

RECIPIENT SIGNATURE: (X) _A Conti_
DATE: _2/2/08_ TIME: _18:58_

SPECIAL INSTRUCTIONS: _Pls. return Proof of_
_Service_
_____
_____

*************************************************************
(FOR DRIVER USE ONLY)

DRIVER SIGNATURE: _____ _Adam Ford_
DATE: _2/28/08_ TIME: _1:55_
WAITING TIME: _____ X $.50/minute

RETURN COPIES?    YES or NO    (CIRCLE ONE)
PARCEL RETURNED: SIGNATURE OF RECIPIENT: _____
DATE_____ AND TIME:_____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC.,<br>on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>     v.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,<br><br>       Defendants | **SUMMONS IN A<br>CIVIL ACTION**<br><br>_08 542 (JAC)_<br><br>CASE NUMBER: |

TO: (Name and address of Defendant) Samsung Electronics America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

    Lisa J. Rodriguez
    Trujillo Rodriguez & Richards, LLC
    8 Kings Highway West
    Haddonfield, NJ 08033
    (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

CLERK    DIANNE C. RICHARDS         DATE    1-31-08

_____
(By) DEPUTY CLERK

**ROAD RUNNER COURIER SERVICE INC.**

P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

Docket# _O8-542_

Case Name: _Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd., etal_

## SUBPOENA

## AFFIDAVIT/ PROOF OF SERVICE

_2/18/08_                           _Toshiba America Consumer Products LLC_

**DATE**                            **PLACE (NAME & ADDRESS)**

_AnnMarie Conti Fullfullment specialist_     _Hand_

**SERVED ON (Print Name & Title)**           **(Manner of Service)**

_Adam Ford_                _Courier_

**Served by (Print Name)**            **Title:**

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: _2/18/08_

                                 Signature of Server
                                 316 Haddon Ave.
                                 Westmont, NJ 08108



# ROAD RUNNER COURIER SERVICE INC.
### P.O. Box #408
Collingswood, NJ 08108-0408
Office (856) 858-2700
Fax (856) 858-7820

PICKUP TIME:

1. CASE FILE# / PO #: CRT (Radio)
2. ATTORNEY NAME/CONTACT PERSON: Andrea
   (TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

**CLIENT NAME:**      Rodriquez & Richards
**ADDRESS:**          8 Kings Hwy. West
**CITY, STATE,  ZIP:** Haddonfield, NJ 08033
                      856-795-9002

ITEM DESCRIPTION: _____ # OF BOXES OR PARCELS: env
**PICK-UP CONTACT PERSON/ATTN:** _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) _____-_____

**DESTINATION** CONTACT PERSON/ATTN: Toshiba America Consumer Products LLC
COMPANY/FIRM: c/o The Corporation Trust Company
ADDRESS: 820 Bear Tavern Road
CITY: Trenton  STATE: NJ  ZIP: _____
TELEPHONE ( ) _____-_____

**RECIPIENT SIGNATURE: (X)** Agent  A.Conti
DATE: 2/12/08  TIME: 1:58

**SPECIAL INSTRUCTIONS:** Pls return Proof of Service
_____
_____

*********************************************************
### (FOR DRIVER USE ONLY)

**DRIVER SIGNATURE:** AC RL  Adam Ford
**DATE:** 2/12/08  TIME: 1:58
**WAITING TIME:** _____ X $.50/minute

**RETURN COPIES?**  YES or NO  (CIRCLE ONE)
**PARCEL RETURNED:** SIGNATURE OF RECIPIENT: _____
DATE _____ AND TIME: _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

Plaintiff,

v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

Defendants

**SUMMONS IN A
CIVIL ACTION**

08 542 (JAG)

CASE NUMBER:

TO: (Name and address of Defendant) Toshiba America Consumer Products, LLC

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)

Lisa J. Rodriguez
Trujillo Rodriguez & Richards, LLC
8 Kings Highway West
Haddonfield, NJ 08033
(856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

WILLIAM T. WALSH

DATE  1-31-08

CLERK  DIANNE C. RICHARDS

(By) DEPUTY CLERK

# ROAD RUNNER COURIER SERVICE INC.

*P.O. Box #408*
*Collingswood, NJ 08108-0408*
*Office (856) 858-2700*
*Fax (856) 858-7820*

Docket# __08-542__

Case Name: __Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd., et al__

## SUBPOENA

## AFFIDAVIT/ PROOF OF SERVICE

Panasonic Corporation of America

| DATE | PLACE (NAME & ADDRESS) |
|------|------------------------|
| 2/12/08 | Hand |

| SERVED ON (Print Name & Title) | (Manner of Service) |
|-------------------------------|---------------------|
| AnnMarie Conti FOI. Specialist | Hand |

| Served by (Print Name) | Title: |
|------------------------|--------|
| Adam Ford | Courier |

## DECLARATION OF SERVER

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

Executed on: __2/12/08__

Signature of Server
316 Haddon Ave.
Westmont, NJ 08108



# ROAD RUNNER COURIER SERVICE INC.
### P.O. Box #408
*Collingswood, NJ 08108-0408*
*Office (856) 858-2700*
*Fax (856) 858-7820*

PICKUP TIME:

1. CASE FILE#/ PO #:  CRT (Radio)
2. ATTORNEY NAME/CONTACT PERSON:  Andrea
     (TO ENSURE ACCURATE BILLINGS PLEASE COMPLETE LINES 1&2)

**CLIENT NAME:**          Rodriquez & Richards
**ADDRESS:**              8 Kings Hwy. West
**CITY, STATE,  ZIP:**    Haddonfield, NJ 08033
                          856-795-9002

ITEM DESCRIPTION: _____ \ _____ # OF BOXES OR PARCELS: env
**PICK-UP CONTACT PERSON/ATTN:** _____
COMPANY/FIRM: _____
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____
TELEPHONE ( ) ____-_____

**DESTINATION** CONTACT PERSON/ATTN: Panasonic Corp. of America
COMPANY/FIRM: c/o The Corporation Trust Company
ADDRESS: 820 Bear Tavern Road
CITY: Trenton  STATE: NJ  ZIP: _____
TELEPHONE ( ) ____-_____

**RECIPIENT SIGNATURE: (X)** _____ A Conti
DATE: 2/12/08 TIME: 1:58

**SPECIAL INSTRUCTIONS:** Pls. return Proof of Service

*********************************************************************
### (FOR DRIVER USE ONLY)

**DRIVER SIGNATURE:** _____ Adam Ford
**DATE:** 2/12/08  **TIME:** 1:58
**WAITING TIME:** _____ X $.50/minute

**RETURN COPIES?**  YES or NO  (CIRCLE ONE)
**PARCEL RETURNED:**  SIGNATURE OF RECIPIENT: _____
DATE_____ AND TIME: _____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

    v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America,
Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V.,
LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays
International, Ltd., Matsushita Electric Industrial Co., Ltd.,
Matsushita Toshiba Picture Display Co., Panasonic
Corporation of America, Philips Electronics North America
Corporation, Samsung Electronics America, Inc., Samsung
Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung
Company of America, Inc., TCL International Holdings Ltd.,
TCL Thomson Electronics Corporation, Thomson S.A.,
Toshiba America Consumer Products, LLC, and Toshiba
Corporation,

        Defendants

**SUMMONS IN A
CIVIL ACTION**

CASE NUMBER: *08-542 (JAG)*

TO: (Name and address of Defendant) Panasonic Corporation of America

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and
address)
      Lisa J. Rodriguez
      Trujillo Rodriguez & Richards, LLC
      8 Kings Highway West
      Haddonfield, NJ 08033
      (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after
service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default
will be taken against you for the relief demanded in the complaint. Any answer that you serve on the
parties to this action must be filed with the Clerk of this Court within a reasonable period of time after
service.

WILLIAM T. WALSH

DATE *1-31-08*

CLERK
DIANNE C. RICHARDS

(By) DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Radio & TV Equipment, Inc., | Case No: 08-cv-542 |
| Plaintiff, | |
| v. | |
| Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation, | |
| Defendants. | |

## RETURN OF SERVICE

--------------------------------------------------------------------------------

Service of the Summons and Complaint was made by me on _____February 15, 2008_____
                                                                                    Date

--------------------------------------------------------------------------------

NAME OF SERVER (PRINT)              TITLE
APS International, Ltd.              Process Server

--------------------------------------------------------------------------------

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant.  Place where served.

      2850 El Presidio Street, Long Beach, CA 90810 _____

_____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐    Returned unexecuted:_____

_____

_____

☐    Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

------------------------------------------------------------------------

    TRAVEL_____        SERVICES_____        TOTAL_____

------------------------------------------------------------------------

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   March 4, 2008_____          _____/s Lisa J. Rodriguez_____
              Date                      Signature of Server

                                          Trujillo Rodriguez & Richards LLC
                                          8 Kings Highway West
                                          Haddonfield, NJ 08033_____
                                          Address of Server

RECEIVED
FEB 20 2008
BY:

*Radio & TV Equip.,* et. al., Plaintiff(s)
vs.
Chunghwa Picture Tubes, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-

APS File #: 087903-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

**TRUJILLO, RODRIGUEZ & RICHARDS**

Ms. Andrea Brown
8 Kings Highway West
Haddonfield, NJ 08033

--Tatung Company of America, Inc.
Court Case No. 08-CV-542

| | |
|---|---|
| State of: *California* ) ss. | |
| County of: *Orange* ) | |

**Name of Server:** *W. H. Gelnaw*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the *15* day of *Feb*, 20 *08*, at *12:29* o'clock *P* M

**Place of Service:** at *2850 El Presidio Street*, in *Long Beach, CA 90810*

**Documents Served:** the undersigned served the documents described as:
**Summons; Complaint; Notice of Electronic Filing**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Tatung Company of America, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: *Ray Fekninia, vice president*

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex *m* ; Skin Color *wht* ; Hair Color *grey* ; Facial Hair
Approx. Age *62* ; Approx. Height *5'9* ; Approx. Weight *200*

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this *19* day of *Feb*, 20 *08*

_____
Signature of Server

_____
Notary Public       (Commission Expires)

**APS International, Ltd.**

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

District of ___New Jersey___

RADIO & TV EQUIPMENT, INC.,
on behalf of itself and all others similarly situated,

        Plaintiff,

   v.

Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,

        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   08-540 (JAC)

TO: (Name and address of Defendant)   Tatung Company of America, Inc.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFFS' ATTORNEY (name and address)
       Lisa J. Rodriguez
       Trujillo Rodriguez & Richards, LLC
       8 Kings Highway West
       Haddonfield, NJ 08033
       (856) 795-9002

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service. WILLIAM T. WALSH

CLERK     DIANNE C. RICHARDS        DATE   1-31-08

(By) DEPUTY CLERK

1  KENT M. ROGER, State Bar No. 95987
   REBECCA A. FALK, State Bar No. 226798
2  CHRISTINE S. SAFRENO, State Bar No. 251970
   MORGAN, LEWIS & BOCKIUS, LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: (415) 442-1000
   Fax: (415) 442-1001
5
6  Attorneys for Defendant
   HITACHI AMERICA, LTD.
7

8              UNITED STATES DISTRICT COURT

9                 DISTRICT OF NEW JERSEY

10

11  RADIO & TV EQUIPMENT, INC., on behalf          Case No. CV 08 542 (JAG) (MCA)
    of itself and all others similarly situated.
12                                                 STIPULATION AND [PROPOSED]
          Plaintiff,                               ORDER RE EXTENSION OF TIME
13                                                 FOR DEFENDANT TO ANSWER,
          vs.                                      MOVE OR OTHERWISE
14                                                 RESPOND TO PLAINTIFF'S
    Chunghwa Picture Tubes, Ltd., Hitachi, Ltd.,   COMPLAINT
15  Hitachi America, Ltd., Hitachi Asia, Ltd.,
    Koninklijke Philips Electronics N.V., LG
16  Electronics, Inc., LG Electronics U.S.A, Inc.,
    LP Displays International, Ltd., Matsushita
17  Electric Industrial Co., Ltd., Matsushita Toshiba
    Picture Display Co., Panasonic Corporation of
18  America, Philips Electronics North America
    Corporation, Samsung Electronics America Inc.,
19  Samsung Electronics Co., Ltd., Samsung SDI,
    Co., Ltd., Tatung Company of America, Inc.,
20  TCL International Holdings Ltd., TCL Thomson
    Electronics Corporation, Thomson S.A.,
21  Toshiba America Consumer Products, LLC, and
    Toshiba Corporation,
22
          Defendants.
23

24

25

26

27

28

MORGAN, LEWIS &
  BOCKIUS LLP      1-SF/7668207.1                        USDC   D.N.J. Case No CV 08 542(JAG)(MCA)
 ATTORNEYS AT LAW
  PHILADELPHIA        STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER,
                              MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1     WHEREAS, Plaintiff Radio & TV Equipment, Inc., ("Plaintiff") filed a complaint in the

2  above-captioned case on or about January 28, 2008;

3     WHEREAS, Plaintiff alleges antitrust violations by manufacturers of Cathode-Ray Tubes

4  and products containing Cathode-Ray Tubes (collectively, "CRT Products");

5     WHEREAS at least thirty-two complaints have been filed to date in federal district courts

6  throughout the United States by plaintiffs purporting to bring class actions on behalf of direct and

7  indirect purchasers alleging antitrust violations by manufacturers of CRT products (collectively,

8  "the CRT Cases");

9     WHEREAS, the Judicial Panel on Multidistrict Litigation has issued an order to transfer

10  two of the CRT Cases to the Northern District of California for coordinated and consolidated

11  pretrial proceedings pursuant to 28 U.S.C. § 1407, and it is anticipated that the remainder of the

12  CRT Cases will likewise be transferred as tag-along actions to the Northern District of California;

13     WHEREAS the parties anticipate the filing of Consolidated Amended Complaints in the

14  CRT Cases;

15     WHEREAS Plaintiff and Defendant Hitachi America, Ltd. ("HAL") have agreed that an

16  orderly schedule for any response to the pleadings in the CRT Cases would be more efficient for

17  the parties and for the Court;

18     WHEREAS Plaintiff agrees that the deadline for HAL to answer, move, or otherwise

19  respond to the Complaint shall be extended until the earliest of the following dates: (1) forty-five

20  days after the filing of a Consolidated Amended Complaint in the CRT Cases; or (2) forty-five

21  days after Plaintiff provides written notice to HAL that Plaintiff does not intend to file a

22  Consolidated Amended Complaint, provided however, that in the event that HAL should agree to

23  an earlier response date in any CRT Case, HAL will respond to the Complaint in the above-

24  captioned action on that earlier date;

25     WHEREAS Plaintiff further agrees that this extension is available, without further

26  stipulation with counsel for Plaintiff, to all named defendants who notify Plaintiff in writing of

27  their intention to join this Stipulation;

28     WHEREAS this Stipulation does not constitute a waiver by HAL of any defense,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1-SF/7668207.1          2      USDC – D.N.J. Case No CV 08 542(JAG)(MCA)

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

1  including but not limited to the defenses of lack of personal jurisdiction, subject matter

2  jurisdiction, improper venue, sufficiency of process or service of process;

3      WHEREAS, with respect to any named defendant joining the stipulation, this Stipulation

4  does not constitute a waiver of any defense, including but not limited to the defenses of lack of

5  personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or

6  service of process.

7      PLAINTIFF AND DEFENDANT HAL, BY AND THROUGH THEIR RESPECTIVE

8  COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

9      1.    Service of process was effected on February 12, 2008, the time for HAL to answer,

10  move or otherwise respond to the Complaint is currently March 3, 2008, and no prior request for

11  an extension has been made.

12      2.    The deadline for HAL to answer, move, or otherwise respond to the Complaint

13  shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a

14  Consolidated Amended Complaint in the CRT Cases; or (2) forty-five days after Plaintiff

15  provides written notice to HAL, that Plaintiff does not intend to file a Consolidated Amended

16  Complaint, provided however, that in the event that HAL should agree to an earlier response date

17  in any CRT Case, HAL will respond to the Complaint in the above-captioned action on that

18  earlier date.

19      3.    This extension is available, without further stipulation with counsel for Plaintiff, to

20  all named defendants who notify Plaintiff in writing of their intention to join this Stipulation.

21      4.    This Stipulation does not constitute a waiver by HAL, or any other named

22  defendant joining this Stipulation of any defense, including but not limited to the defenses of lack

23  of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or

24  service of process.

25      IT IS SO STIPULATED.

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

Dated: 2/22/08

Signature: _Lisa J Rodry_

Lisa J. Rodriguez
TRUJILLO, RODRIGUEZ &
RICHARDS, LLP
8 Kings Highway West
Haddonfield, NJ 08033
Telephone: (856) 795-9002
Facsimile: (856) 795-9887

Daniel E. Gustafson
Renae D. Steiner
Jason S. Kilene
Amanda M. Martin
Gustafson Gluek PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-8844

Counsel for Plaintiff Radio & TV Equipment,
Inc.

Dated: 2-22-08

Signature: _Kent M. Rge_

Kent M. Roger
Rebecca A. Falk
Christine S. Safreno
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126

Counsel for Defendant
Hitachi America, Ltd.

**IT IS SO ORDERED.**

Dated: _Marc 3 08_

Signature: _McCown_

Hon. Madeline Cox Arleo, U.S.M.J.
United States ~~District~~ Judge

Mag.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

1-SF/7668207.1     4     USDC – D.N.J. Case No CV 08 542(JAG)(MCA)
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER,
MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

MORGAN, LEWIS & BOCKIUS LLP
(Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-6241
609.919.6600
Attorneys for Defendant
HITACHI AMERICA, LTD.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RADIO & TV EQUIPMENT, INC., on behalf of itself and all others similarly situated.<br><br>Plaintiff,<br><br>vs.<br><br>Chunghwa Picture Tubes, Ltd., Hitachi, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Koninklijke Philips Electronics N.V., LG Electronics, Inc., LG Electronics U.S.A, Inc., LP Displays International, Ltd., Matsushita Electric Industrial Co., Ltd., Matsushita Toshiba Picture Display Co., Panasonic Corporation of America, Philips Electronics North America Corporation, Samsung Electronics America Inc., Samsung Electronics Co., Ltd., Samsung SDI, Co., Ltd., Tatung Company of America, Inc., TCL International Holdings Ltd., TCL Thomson Electronics Corporation, Thomson S.A., Toshiba America Consumer Products, LLC, and Toshiba Corporation,<br><br>Defendants. | Case No. CV 08 542 (JAG) (MCA)<br><br>Document Electronically Filed<br><br>**APPLICATION OF CERTAIN DEFENDANTS FOR A CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO THE COMPLAINT** |

Application is hereby made for a clerk's order pursuant to Rule 6.1(b) of the Local Civil

Rules extending the time within which the Defendants identified below may answer, move, or

otherwise reply to the complaint filed by Plaintiff for a period of 15 days, and each Defendant

represents through its undersigned counsel that:

1. No previous extension has been obtained;

2. The service date of the Complaint and new due date for each Defendant's

response are as follows:

|  | Date Served | New Response Date |
|---|---|---|
| Hitachi America, Ltd. | February 12, 2008 | March 18, 2008 |
| Toshiba America Consumer Products, L.L.C. | February 12, 2008 | March 18, 2008 |
| LG Electronics USA Inc. | February 12, 2008 | March 18, 2008 |
| Samsung Electronics America, Inc. | February 12, 2008 | March 18, 2008 |
| Panasonic Corporation of North America | February 12, 2008 | March 18, 2008 |
| Philips Electronics North America Corporation | February 12, 2008 | March 18, 2008 |

| | |
|---|---|
| MORGAN, LEWIS & BOCKIUS LLP<br>Attorneys for Defendant<br>HITACHI AMERICA, LTD.<br><br>_____<br>Kent Roger<br><br><br>Dated: 2 / 28 / 2008 | WHITE & CASE LLP<br>Attorneys for Defendant<br>TOSHIBA AMERICA CONSUMER<br>PRODUCTS, L.L.C.<br><br>_____<br>Christopher M. Curran<br>George L. Paul<br>Lucius B. Lau<br><br>Dated: 2 / 28 / 2008 |
| SIDLEY AUSTIN LLP<br>Attorneys for Defendant<br>LG ELECTRONICS USA INC.<br><br><br>/s Samuel R. Miller<br>_____<br>Samuel R. Miller<br><br>Dated: 2 / 28 / 2008 | SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>Attorneys for Defendant<br>SAMSUNG ELECTRONICS AMERICA,<br>INC.<br><br>_____<br>Michael Scarborough<br><br>Dated: 2 / 28 / 2008 |

2

| WEIL, GOTSHAL & MANGES<br>Attorneys for Defendant<br>PANASONIC CORPORATION OF NORTH<br>AMERICA | HOWREY LLP<br>Attorneys for Defendant<br>PHILIPS ELECTRONICS NORTH<br>AMERICA CORPORATION |
|---|---|
| _David Yohai_<br>David Yohai<br>Alan Feigenbaum | _Ethan Litwin/AWD_<br>Ethan Litwin |
| Dated: 2 / 28 / 2008 | Dated: 2 / 28 / 2008 |

SO Ordered

M Cov Arleo

JSMg

3/4/08

3

## ORDER

The above application is GRANTED and the time within which the Defendants identified above shall answer, move, or otherwise reply is extended as set forth above.

ORDER DATED:_____

William T. Walsh, Clerk

By:_____
          Deputy Clerk

1-PR/1370707.1

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

**FILED**

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION**

Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, )
Ltd., et al., D. New Jersey, C.A. No. 2:08-542 )

MDL No. 1917

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On February 15, 2008, the Panel transferred one civil action to the United States District Court for
the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407. *See* 536 F.Supp.2d 1364 (J.P.M.L. 2008). Since that time, 14 additional actions
have been transferred to the Northern District of California. With the consent of that court, all such
actions have been assigned to the Honorable Samuel Conti.

It appears that the action on this conditional transfer order involves questions of fact that are
common to the actions previously transferred to the Northern District of California and assigned to
Judge Conti.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District
of California for the reasons stated in the order of February 15, 2008, and, with the consent of that
court, assigned to the Honorable Samuel Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of California. The transmittal of this order to said Clerk shall
be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of
the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**A CERTIFIED TRUE COPY**

AUG 1 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By
Deputy Clerk
Date 08/15/08

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED-CLERK
U.S. DISTRICT COURT

2008 AUG 18 P 3: 20

Richard W. Wieking
    Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

15 August 2008

U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:    MDL 1917 In re: Cathode Ray Tube (CRT) Antitrust Litigation

| Title of Case(s) | Your Case Number(s) |
|---|---|
| *Radio & TV Equipment, Inc. -v- Chunghwa Picture Tubes, Ltd., et al* | C.A. No. 2:08-0542 |

Dear Clerk:

    Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

    Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: MDL Clerk

    If the case is an electronic case filing please do one of the following: 1) by using the e-transfer functionality of CM/ECF then contacting our Automation Department at ecfhelpdesk@cand.uscourts.gov; 2) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to SFmdl_clerk@cand.uscourts.gov; 3) provide the PDF documents on a disc; or 4) provide us with a temporary log in and a password to directly access your database to expedite the downloading of the PDF files we need and/or require, We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*L. C. Santos*

By:
Deputy Clerk

Encl.

U.S. DISTRICT COURT

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

700 AUG 18 P 3: 20

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

15 August 2008

U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: ___MDL 1917 In re: Cathode Ray Tube (CRT) Antitrust Litigation___

Title of Case(s)                                    Your Case Number(s)
Radio & TV Equipment, Inc. -v- Chunghwa Picture Tubes, Ltd., et al    C.A. No. 2:08-0542

Dear Clerk:

Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: MDL Clerk

If the case is an electronic case filing please do one of the following: 1) by using the e-transfer functionality of CM/ECF then contacting our Automation Department at ecfhelpdesk@cand.uscourts.gov; 2) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to SFmdl_clerk@cand.uscourts.gov; 3) provide the PDF documents on a disc; or 4) provide us with a temporary log in and a password to directly access your database to expedite the downloading of the PDF files we need and/or require, We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

R. C. Santos

By:
Deputy Clerk

Encl.

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

SAN FRANCISCO CA 941

15 AUG 2008 PM 4 L

0710243556

U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### OFFICE OF THE CLERK
50 Walnut Street
NEWARK, NEW JERSEY 07101

WILLIAM T. WALSH
Clerk

**CAMDEN OFFICE**
1 John F. Gerry Plaza
CAMDEN, NJ 08101

**TRENTON OFFICE**
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: <u>NEWARK</u>
**973 645-4583**

**August 20, 2008**

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Re:**  Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd., et al

**Civil Docket No. 08-0542 (JAG)**

Dear Clerk :

This matter is transferred to your court pursuant to the enclosed certified copy of the Order filed on 8/19/08. Also, enclosed is a certified copy of the docket report. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: Darlene Carr

Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _____ **DATE:** _____.

**YOUR CIVIL DOCKET NUMBER:** _____.

**Instructions for Retrieving Electronic Case Files**

1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov

2. Click on:  Link to Electronic Filings System (Live)

3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password

4. On the CM/ECF toolbar, choose:

- Reports
- Docket Sheet
- Enter Case Number in the following format:04-2195
- Run Report

  ‣ To view a document from the docket sheet, click on the blue "underlined" document number;

  ‣ To download, click on File>Save a Copy and save to your specific directory;

  ‣ If the document does not have an underlined document number, it is either:

    - A text only entry and no document is attached, or
    - An entry made prior to electronic case filing and the original is enclosed, or
    - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

  ‣ Camden - 866-726-0726 or 856-757-5285
  ‣ Newark - 866-208-1405 or 973-645-5924
  ‣ Trenton - 866-848-6059 or 609-989-2004

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

50 Walnut Street
NEWARK, NEW JERSEY 07101

**FILED**

AUG 2 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

WILLIAM T. WALSH
Clerk

CAMDEN OFFICE
1 John F. Gerry Plaza
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
ROOM 2020
TRENTON, NJ 08608

REPLY TO: <u>NEWARK</u>
973 645-4583

_August 20, 2008_

*SC*

Office of the Clerk
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

CV 08     4063

**Re:**   <u>Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes, Ltd., et al</u>

<u>Civil Docket No. 08-0542 (JAG)</u>

Dear Clerk :


This matter is transferred to your court pursuant to the enclosed certified copy of the Order filed on
8/19/08. Also, enclosed is a certified copy of the docket report. You can obtain the original record by
accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is
provided for your convenience.

Very truly yours,


WILLIAM T. WALSH, Clerk

By: Darlene Carr

Deputy Clerk


**RECEIPT ACKNOWLEDGED BY:** Helen L. Almacen     **DATE:** AUG 2 6 2008     .

**YOUR CIVIL DOCKET NUMBER:** CV 08     4063     SC

**<u>Instructions for Retrieving Electronic Case Files</u>**


1. Access the CM/ECF website for the District of New Jersey at https://ecf.njd.uscourts.gov


2. Click on:    <u>Link to Electronic Filings System (Live)</u>


3. At the ECF/PACER Login Screen, enter your Court's PACER Login and Password


4. On the CM/ECF toolbar, choose:


- Reports
- Docket Sheet
- Enter Case Number in the following format:04-2195
- Run Report

   ► To view a document from the docket sheet, click on the blue "underlined" document number;

   ► To download, click on File>Save a Copy and save to your specific directory;

   ► If the document does not have an underlined document number, it is either:

   - A text only entry and no document is attached, or
   - An entry made prior to electronic case filing and the original is enclosed, or
   - The document included an attachment too large for the electronic case filing system and is enclosed.

If you have any questions, our ECF help-desk telephone numbers are as follows:

   ► Camden - 866-726-0726 or 856-757-5285
   ► Newark - 866-208-1405 or 973-645-5924
   ► Trenton - 866-848-6059 or 609-989-2004

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

26 August 2008

Re:    MDL – 1917  In Re Cathode Ray Tube (CRT) Antitrust Litigation

Title of Case                                          Case Number
*Radio & TV Equipment, Inc. -v- Chunghwa Picture Tubes*    *C.A. No. 2:08-0542*

Dear Sir/Madam:

  This is to advise you that the above entitled case has been transferred from the district of New Jersey to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the **Honorable Samuel Conti**.  We have given the action the individual case number **C 08-4063 followed by the initials SC**.

  All future documents submitted in this case are to be presented to the Court in compliance with  Pretrial Order No. 1  issued on 4 April 2008 in the MDL case, case no. C 07-5944 SC, docket no. 230.

  Please be advised that this action has been designated as an E-Filing case. Therefore counsel is directed to register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk

cc: Counsel
  MDL

Case 2:08-cv-00542-JAG-MCA    Document 9    Filed 08/19/2008    Page 1 of 3

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 1 2 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 25 2008

FILED
CLERK'S OFFICE

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**FILED**

AUG 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE: CATHODE RAY TUBE (CRT)
ANTITRUST LITIGATION
Radio & TV Equipment, Inc. v. Chunghwa Picture Tubes,  )
Ltd., et al., D. New Jersey, C.A. No. 2:08-542  )          MDL No. 1917

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On February 15, 2008, the Panel transferred one civil action to the United States District Court for
the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to
28 U.S.C. § 1407.  See 536 F.Supp.2d 1364 (J.P.M.L. 2008).  Since that time, 14 additional actions
have been transferred to the Northern District of California.  With the consent of that court, all such
actions have been assigned to the Honorable Samuel Conti.

It appears that the action on this conditional transfer order involves questions of fact that are
common to the actions previously transferred to the Northern District of California and assigned to
Judge Conti.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District
of California for the reasons stated in the order of February 15, 2008, and, with the consent of that
court, assigned to the Honorable Samuel Conti.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of California.  The transmittal of this order to said Clerk shall
be stayed 15 days from the entry thereof.  If any party files a notice of opposition with the Clerk of
the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi

A CERTIFIED TRUE COPY

AUG 1 2 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By
    Deputy Clerk

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By
              Deputy Clerk
Date 08/15/08

RECEIVED CLERK
U.S. DISTRICT COURT

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT

2008 AUG 18  P 3: 20 NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
    Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

15 August 2008

U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street,  Room 4015
Newark, NJ  07101

     Re:   MDL 1917 In re: Cathode Ray Tube (CRT) Antitrust Litigation

Title of Case(s)                                  Your Case Number(s)
*Radio & TV Equipment, Inc. -v- Chunghwa Picture Tubes, Ltd., et al*    C.A. No. 2:08-0542

Dear Clerk:

     Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

     Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: MDL Clerk

     If the case is an electronic case filing please do one of the following: 1) by using the e-transfer functionality of CM/ECF then contacting our Automation Department at ecfhelpdesk@cand.uscourts.gov; 2) e-mail the PDF documents, as separate PDF files,  including a PDF copy of the docket sheet to SFmdl_clerk@cand.uscourts.gov; 3) provide the PDF documents on a disc; or 4) provide us with a temporary log in and a password to directly access your database to expedite the downloading of the PDF files we need and/or require,  We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

*R. C. Santos*

By:
Deputy Clerk

Encl.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

15 August 2008

U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re:    MDL 1917 In re: Cathode Ray Tube (CRT) Antitrust Litigation

Title of Case(s)                                                    Your Case Number(s)
*Radio & TV Equipment, Inc. -v- Chunghwa Picture Tubes, Ltd., et al*    C.A. No. 2:08-0542

Dear Clerk:

    Enclosed is a certified copy of the order from the Judicial panel on Multidistrict Litigation transferring the above entitled action to the Northern District of California, San Francisco Division. The case has been assigned to the Honorable for coordinated or consolidated pretrial processing pursuant to 28 USC §1407.

    Please forward the original record and a certified copy of the docket entries in the case listed above along with the enclosed copy of this transmittal letter to:

United States District Court
Northern District of California
450 Golden Gate Avenue, P.O. Box 36060
San Francisco, CA 94102
Attn: MDL Clerk

    If the case is an electronic case filing please do one of the following: 1) by using the e-transfer functionality of CM/ECF then contacting our Automation Department at ecfhelpdesk@cand.uscourts.gov; 2) e-mail the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to SFmdl_clerk@cand.uscourts.gov; 3) provide the PDF documents on a disc; or 4) provide us with a temporary log in and a password to directly access your database to expedite the downloading of the PDF files we need and/or require, We appreciate your prompt attention to this matter.

Sincerely yours,
Richard W. Wieking, Clerk

By:
Deputy Clerk

Encl.



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

SAN FRANCISCO CA 941

15 AUG 2008 PM 4 T

07102435588

U.S. District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:08-cv-00542-JAG-MCA
### Internal Use Only

RADIO & TV EQUIPMENT, INC.. v. CHUNGHWA
PICTURE TUBES, LTD. et al
Assigned to: Judge Joseph A. Greenaway, Jr.
Referred to: Magistrate Judge Madeline C. Arleo
Cause: 15:1 Antitrust Litigation

Date Filed: 01/28/2008
Date Terminated: 08/19/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**RADIO & TV EQUIPMENT, INC..**            represented by **LISA J. RODRIGUEZ**
TRUJILLO, RODRIGUEZ &
RICHARDS, LLP
8 KINGS HIGHWAY WEST
HADDONFIELD, NJ 08033
(856) 795-9002
Email: lisa@trrlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHUNGHWA PICTURE TUBES,
LTD.**

**Defendant**

**HITACHI LTD.**

**Defendant**

**HITACHI AMERICA, LTD.**

**Defendant**

**HITACHI ASIA, LTD.**

**Defendant**

**KONINKLIJKE PHILIPS
ELECTRONICS N.V.**

**Defendant**

**LG ELECTRONICS, INC.**

CM/ECF LIVE - U.S. District Court for the District of New Jersey    Page 9 of 10
Case 3:08-cv-04063-SC    Document 1-23    Filed 08/26/2008    Page 9 of 10
Page 3 of 4

PRODUCTS, LLC

**Defendant**

TOSHIBA CORPORATION

**Defendant**

SAMSUNG SDI CO., LTD.

| Date Filed | # | Docket Text |
|---|---|---|
| 01/28/2008 | 1 | COMPLAINT against MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA TOSHIBA PICTURE DISPLAY CO., PANASONIC CORPORATION OF AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., TATUNG COMPANY OF AMERICA, INC., TCL INTERNATIONAL HOLDINGS LTD., TCL THOMSON ELECTRONICS CORPORATION, THOMSON S.A., TOSHIBA AMERICA CONSUMER PRODUCTS, LLC, TOSHIBA CORPORATION, CHUNGHWA PICTURE TUBES, LTD., HITACHI LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., KONINKLIJKE PHILIPS ELECTRONICS N.V., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LP DISPLAYS INTERNATIONAL, LTD. ( Filing fee $ 350 receipt number 1837094.) JURY DEMAND, filed by RADIO & TV EQUIPMENT, INC... (Attachments: # 1 CIV COV SHT, # 2 SUMMONS)(dr, ) (Additional attachment(s) added on 2/5/2008: # 3 SUMMONS) (dr, ). (Entered: 01/31/2008) |
| 01/31/2008 | 2 | Summons Issued as to MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., MATSUSHITA TOSHIBA PICTURE DISPLAY CO., PANASONIC CORPORATION OF AMERICA, PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., TATUNG COMPANY OF AMERICA, INC., TCL INTERNATIONAL HOLDINGS LTD., TCL THOMSON ELECTRONICS CORPORATION, THOMSON S.A., TOSHIBA AMERICA CONSUMER PRODUCTS, LLC, TOSHIBA CORPORATION, SAMSUNG SDI CO., LTD., CHUNGHWA PICTURE TUBES, LTD., HITACHI LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., KONINKLIJKE PHILIPS ELECTRONICS N.V., LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., LP DISPLAYS INTERNATIONAL, LTD.. Days Due - 20. (dr, ) (Entered: 02/15/2008) |
| 02/26/2008 | 3 | Letter from Daniel E. Orr to Hon. M. Arleo, U.S.M.J.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(ORR, DANIEL) (Entered: 02/26/2008) |
| 02/29/2008 | 4 | Letter from Daniel E. Orr to Hon. M. Arleo, U.S.M.J.. (ORR, DANIEL) (Entered: 02/29/2008) |
| 03/04/2008 | 5 | AFFIDAVIT of Service for Summons and Complaint served on Hitachi America, Ltd., LG Electronics USA, Inc., Philips Electronics North America Corp., Samsung Electronics America, Inc., Toshiba America Consumer Products LLC and Panasonic Corporation of America on February 12, 2008, |

| | | |
|---|---|---|
| | | filed by RADIO & TV EQUIPMENT, INC... (Attachments: # 1 LG Electronics USA, Inc. Affidavit of Service, # 2 Philips Electronics North America Corp. Affidavit of Service, # 3 Samsung Electronics America, Inc. Affidavit of Service, # 4 Toshiba America Consumer Products, LLC Affidavit of Service, # 5 Panasonic Corporation of America Affidavit of Service) (RODRIGUEZ, LISA) (Entered: 03/04/2008) |
| 03/04/2008 | 6 | AFFIDAVIT of Service for Summons and Complaint served on Tatung Company of America, Inc. on February 15, 2008, filed by RADIO & TV EQUIPMENT, INC... (RODRIGUEZ, LISA) (Entered: 03/04/2008) |
| 03/10/2008 | 7 | STIPULATION AND ORDER RE EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT. Signed by Magistrate Judge Madeline C. Arleo on 3/3/08. (dc, ) (Entered: 03/10/2008) |
| 03/10/2008 | 8 | ORDER granting application of certain defts. for an extension of time to answer, move or otherwise reply to the Complaint. Signed by Magistrate Judge Madeline C. Arleo on 3/4/08. (dc, ) (Entered: 03/10/2008) |
| 03/10/2008 | | Update Answer Due Deadline as to defts. HITACHI AMERICA, LTD., TOSHIBA AMERICA CONSUMER PRODUCTS,L.L.C., LG ELECTRONICS USA INC., SAMSUNG ELECTRONICS AMERICA, INC., PANASONIC CORPORATION OF AMERICA, and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION. (dc, ) (Entered: 03/10/2008) |
| 08/19/2008 | 9 | Certified Copy of MDL Conditional Transfer Order transferring case to the United States District Court for the Northern District of California, San Francisco Division. Signed by Judge No Judge Assigned on 8/18/08. (Attachments: # 1 Transmittal Letter, # 2 Env.)(dc, ) (Entered: 08/19/2008) |

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK

By _____
              Deputy Clerk